ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
ENTERGY NUCLEAR INDIAN POINT 2, LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Alex D. Tomaszczuk

Firm Name: Shaw Pittman LLP

Post Office Box:

Street Address: 1650 Tysons Boulevard

City-State-Zip: McLean, VA 22102

Telephone & Telecopier Numbers: 703-770-7900/703-770-7901 (fax)

E-mail address: alex.tomaszczuk@shawpittman.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Spent nuclear fuel case; non-CDA as Government is party to be providing service.

Agency Identification Code: D O E

See attached sheet for thee digit code.

Amount Claimed: $ To be determined.

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003