ORIGINAL

FILED
NOV 5 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No.: 03-2622C

Judge: ____________

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff Entergy Nuclear Indian Point 2, LLC respectfully submits this corporate disclosure statement. Entergy Nuclear Indian Point 2, LLC is a wholly owned subsidiary of Entergy Nuclear New York Investment Company III, which is a wholly owned subsidiary of Entergy Nuclear Holding Company Number Three, which is a wholly owned subsidiary of Entergy Nuclear Holding Company, which is a wholly owned subsidiary of Entergy Corporation. Entergy Corporation is the only publicly held corporation in this chain of ownership and, through its subsidiaries, owns more than 10% of Entergy Nuclear Indian Point 2, LLC.

Dated: November 5, 2003

Respectfully submitted,

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

*Of Counsel*:
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

John M. Fulton
Assistant General Counsel
Entergy Nuclear Generation Company
440 Hamilton Avenue
Mail Stop 12A
White Plains, NY 10601

Document #: 1257517 v.1