IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: January 30, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is Defendant's Unopposed Motion to Stay the proceedings in this case, filed on January 5, 2004. Defendant requests that the Court stay this case in accord with an order issued by the Chief Judge on April 16, 2003, in a related case, *Yankee Atomic Electric Co. v. United States*, No. 98-126-C. On January 30, 2004, Chief Judge Damich issued an Order in *Yankee Atomic Electric* lifting the stay in that case as well as the related cases to which such stay had applied. Accordingly, defendant's Motion to Stay is DENIED.

Defendant shall respond to plaintiff's complaint on or before February 23, 2004.

It is so ORDERED.

_s/Charles F. Lettow_____________________
Charles F. Lettow
Judge