IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: April 20, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is the parties' Joint Motion for Enlargement of Time to file their Joint Preliminary Status Report ("JPSR"), filed on April 15, 2004. The JPSR in this case was originally due on or before April 15, 2004. The parties request an additional 22 days, to and including May 7, 2004, within which to file their JPSR.

Good cause having been established, the parties' Motion is granted. The parties shall file their JPSR on or before May 7, 2004.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge