IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: June 29, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is defendant's Unopposed Motion for Enlargement of Time, filed on June 25, 2004. Defendant requests an additional 21 days, to and including July 19, 2004, in which to submit its response to plaintiff's motion for summary judgment regarding liability. This is defendant's first request for this purpose, and defendant's counsel notes that plaintiff's counsel does not object to the requested enlargement.

Good cause having been established, defendant's Motion is granted. Defendant shall file its response to plaintiff's motion for summary judgment on or before July 19, 2004.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge