IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2622C |
| | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED BRIEF**

Defendant respectfully requests that the Court permit it to file a corrected brief. The only correction made is to add an index to the Appendix, which is located immediately following the Table of Authorities. There are no substantive changes to the brief. Accordingly, defendant respectfully requests that the Court permit it to file a corrected brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

August 3, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of August 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner