No. 03-2622C
(Judge Lettow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S NOTICE OF DIRECTLY-RELATED CASES, DEFENDANT'S MOTION TO REASSIGN CONSOLIDATED EDISON AND ENTERGY NUCLEAR TO A SINGLE JUDGE, AND DEFENDANT'S MOTION TO CONSOLIDATE

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7583
Facsimile: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, DC 20585

August 5, 2004

Attorneys for Defendant

TABLE OF CONTENTS

TABLE OF CONTENTS ..... i

TABLE OF AUTHORITIES ..... ii

DEFENDANT'S NOTICE OF DIRECTLY-RELATED CASES, DEFENDANT'S MOTION TO REASSIGN CONSOLIDATED EDISON AND ENTERGY NUCLEAR TO A SINGLE JUDGE, AND DEFENDANT'S MOTION TO CONSOLIDATE ..... 1

BACKGROUND ..... 2

DISCUSSION ..... 4

I. REASSIGNMENT OF THESE TWO CASES TO A SINGLE JUDGE IS APPROPRIATE BECAUSE BOTH CASES ARE "DIRECTLY RELATED" ..... 4

II. CONSOLIDATION IS APPROPRIATE UNDER THE CIRCUMSTANCES BECAUSE BOTH CASES INVOLVE MULTIPLE COMMON FACTUAL AND LEGAL ISSUES, AND, IN THE ABSENCE OF CONSOLIDATION, THERE IS A SUBSTANTIAL RISK OF INCONSISTENT JUDGMENTS BETWEEN THE CASES ..... 5

A. Standards for Consolidation ..... 3

B. Entergy Nuclear and Consolidated Edison's cases satisfy the criteria for consolidation ..... 6

1. Entergy Nuclear And Consolidated Edison's Cases Share Common Issues Of Fact And Law ..... 6

2. Neither ConEd Nor ENIP Would Be Prejudiced By Consolidation ..... 12

CONCLUSION ..... 12

# TABLE OF AUTHORITIES

## CASES

Allfirst Bank v. Progress Rail Serv. Corp.,
178 F. Supp. 2d 513 (D. Md. 2001) .......... 6

Bank of Montreal v. Eagle Assocs.,
117 F.R.D. 530 (S.D.N.Y. 1987) .......... 5

Cable Belt Conveyors, Inc. v. Alumina Partners of Jamica,
669 F. Supp. 577 (S.D.N.Y. 1987) .......... 5

Farrell v. American Flyers Airline Corp.,
42 F.R.D. 341 (S.D.N.Y. 1967) .......... 7

Harris v. L&L Wings, Inc.,
132 F.3d 978 (4th Cir. 1997) .......... 5

Karuk Tribe of California v. United States,
27 Fed. Cl. 429 (1993) .......... 5, 6, 7, 8

Mylan Pharmaceuticals Inc. v. Henney,
94 F. Supp. 2d 36 (D.D.C. 2000) .......... 7

Pharmachemie B.V. v. Barr Laboratories, Inc.,
276 F.3d 627 (D.C. Cir. 2002) .......... 5

St. Bernard Gen. Hosp., Inc. v. Hospital Serv. Assoc.,
712 F.2d 978 (5th Cir. 1983) .......... 6

## STATUTES

31 U.S.C. § 3727 (2004) .......... 8

41 U.S.C. § 15 (2004) .......... 8

42 U.S.C. §10222(b)(3) .......... 8