Jul. 29 2004 10:14 OCRWM DOE 2025869608 p.2

7-29-04;10:54AM; ;202 479 2137 # 4/ 4

SENT BY: DOE/OCRWM; 2025869608; NOV-26-01 12:32PM; PAGE 2/2

6013385751 T-268 P.002/002 F-817

Nov-26-2001 10:40am From-ESI-NUCLEAR FUELS

NCT 1-7

conEdison

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York NY 10003
www.conEd.com

VIA REGISTERED MAIL

September 6, 2001

Mr. Herbert D. Watkins
Contracting Officer
U.S. Department of Energy
Office of Headquarters Procurement Services
MA-542
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Re: Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste, dated June 17, 1983 (Standard Contract No. DE-CR01-83-NE44373)

Dear Mr. Watkins:

Pursuant to Article XIV of the above-referenced Standard Contract No. DE-CR01-83-NE443730 (the "Contract"), please be advised that Consolidated Edison Company of New York, Inc. ("Con Edison"), as Purchaser under the Contract, has transferred title to the spent nuclear fuel and high-level radioactive waste within the scope of the Contract to Entergy Nuclear Indian Point 2, LLC ("Entergy"), effective September 6, 2001. Please be further advised that pursuant to the terms of a Generating Plant And Gas Turbine Asset Purchase and Sale Agreement between Con Edison and Entergy dated as of November 9, 2000, Con Edison has, effective September 6, 2001, assigned Con Edison's rights and obligations under the Contract to Entergy, with the exception of all claims and causes of action in respect of damages to property or economic loss related to or pertaining to the Department of Energy's breaches or defaults under the Contract accrued as of September 6, 2001, whether relating to periods prior to or following September 6, 2001.

Notice is hereby given pursuant to Article XII of the Contract that all future correspondence concerning the Contract should be directed to:

Entergy Nuclear Services, Inc.
P. O. Box 31995
Jackson, MS 39286-1995
Attn: Frank B. Rives
Director, Nuclear Fuels

If you have any questions, please contact the undersigned.

Very truly yours,

cc: Douglas E. Levanway, Esq.
Brent L. Brandenburg, Esq.
David Zabransky, DOE OCRWM