IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: August 6, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is defendant's Motion for Leave to File Corrected Brief, filed on August 3, 2004. Defendant requests leave to file a corrected Response to Plaintiff's Motion for Summary Judgment on Liability and Defendant's Cross-Motion for Summary Judgment on Liability. The government filed its original brief on July 29, 2004, and represents that its corrected brief differs from the original only insofar as the corrected version includes an index to the appendix. The original brief was submitted via the Court's Case Management/Electronic Case Filing ("CM/ECF") system together with fifteen appendix documents, and the brief and appendices were assigned docket entry number 21.

Also on August 3, 2004, defendant submitted its proposed corrected Response via the Court's CM/ECF system. Such document was automatically filed by the CM/ECF system and assigned docket entry number 25. However, the Clerk's Office has delivered a memorandum to chambers indicating that defendant should not have filed the corrected brief until the Court had acted upon the pending motion for leave to file.

Good cause having been established, defendant's Motion for Leave to File is granted. Defendant's corrected brief, docket entry number 25, shall remain in the CM/ECF system as filed. The Clerk's Office is instructed to amend the "Docket Text" for docket entry number 21 in the CM/ECF system to indicate that a corrected version of the brief has been filed at entry number 25. The Clerk's Office is also instructed to amend the "Docket Text" for docket entry number 25 to indicate that the appendices to the brief are located at docket entry number 21.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge