# EXHIBIT 1

# UNITED STATES
# COURT OF FEDERAL CLAIMS

FILED
MAR 23 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 99-447C |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Pages: 1 through 47

Place: Washington, D.C.

Date: March 16, 2004

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

ORIGINAL

pursue the same claim on the exact same contract and Boston Edison would still have the right to pursue these claims following the transfer of its plant.

THE COURT: They could both rely on the same contract as a basis for damage claims, just for different periods. I think that's what they're trying to do.

MR. SHAIBANI: Your Honor, the assignment provision reads, "whether relating to periods prior to or following the close date" and if it's following the closing date, how could both parties, based on the same exact contract, pursue the same claims?

THE COURT: Presumably that refers to or might refer to their diminution in value claim. I don't know whether it does or doesn't. Are you contending, in any way or will you contend, I guess it's a predictive exercise, that the transfer and assignment of the contract violates the assignment provision in the statute?

MR. SHAIBANI: Your Honor, that's something that we would have to determine. We don't have a position on that yet, but we raise it as a possibility and I believe we mention that in our status report.

Furthermore --

THE COURT: Yes, you do, which is why I'm asking. Anyway, go ahead.

MR. SHAIBANI: Your Honor, we could brief that