IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: September 9, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the Defendant's Unopposed Motion for an Enlargement of Time One Day Out of Time to reply to plaintiffs' response to its motion to consolidate *Entergy Nuclear Indian Point 2, LLC v. United States*, No. 03-2622C with *Consolidated Edison Co. v. United States*, No. 04-0033C. The reply was originally due on September 7, 2004. The defendant requests an additional one day, to and including September 8, 2004, within which to file its reply.

Good cause having been established, defendant's Motion for Enlargement is GRANTED. The Clerk's Office shall file the Defendant's Reply to Consolidated Edison Company of New York's and Entergy Nuclear Indian Point 2's Opposition to Defendant's Motion to Consolidate as of September 8, 2004.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge