**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2622C<br>(Judge Lettow) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Indian Point 2, LLC ("ENIP") respectfully requests an enlargement of time of seven days from September 13, 2004 through September 20, 2004 within which to file its reply in support of its motion for summary judgment and response to the Defendant United States' (the "Government") cross-motion for summary judgment on liability. This is the second request for an enlargement of time to file this combined response/reply brief. Counsel for ENIP has spoken with counsel for the Government, who has stated the Government does not oppose this motion.

Counsel for ENIP needs this enlargement due to the press of work in other on-going cases before this Court. In particular, counsel for ENIP have been working on two other cases before this Court and plan to file briefs, appendices, and other papers with the Court today in those cases. Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Lettow, J.); Sys. Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.). Because of the need to prepare the filings in these two cases, counsel for ENIP have not been able to complete the brief and other related filings in this case. Additionally, two status conferences were recently scheduled and held regarding the entry of protective and e-mail preservation orders in the following four cases:

Sys. Fuels, Inc. v. United States, No. 03-2621C (Williams, J.); Sys. Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), Entergy Gulf States, Inc. v. United States, No. 03-2625C (Williams, J.); and Detroit Edison Co. v. United States, No. 02-926C (Williams, J.). Counsel was required to prepare for and participate in those conference calls, which further delayed the preparation of the filings due in this case.

For the foregoing reasons and for good cause shown, ENIP respectfully requests an enlargement of time of seven days from September 13, 2004 through September 20, 2004 within which to file its reply in support of its motion for summary judgment and response to the Government's cross-motion for summary judgment on liability.

Dated: September 13, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000