IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: September 15, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is the plaintiff's Unopposed Motion for Enlargement of Time, filed on September 13, 2004, for the submission of its reply in support of its motion for summary judgment and response to the government's cross-motion for summary judgment on liability. The reply and response were originally due on August 30, 2004, and an order filed on August 30, 2004 granted plaintiff an extension to September 13, 2004. The plaintiff requests an additional 7 days, up to and including September 20, 2004, within which to file its reply and response.

Good cause having been established, the plaintiff's motion is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge