IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ENTERGY NUCLEAR INDIAN POINT 2, LLC**,<br>Plaintiff,<br>v.<br>**THE UNITED STATES**,<br>Defendant. | No. 03-2622C<br>(Judge Lettow) |

**MOTION FOR LEAVE TO FILE APPENDIX**
**USING ELECTRONIC FILES EXCEEDING 1 MEGABYTE**

Pursuant to RCFC 7 and RCFC General Order No. 42 ¶ 4, Plaintiff Entergy Nuclear Indian Point 2, LLC respectfully requests leave to file its "Appendix to Plaintiff's Reply In Support Of Its Motion For Summary Judgment On Liability And Response In Opposition To Defendant's Cross-Motion For Summary Judgment on Liability" dated September 20, 2004, which appendix is broken into four electronic files and each of which is larger than 1 megabyte. The appendix files are being filed as attachments to this motion for leave to file.

General Order No. 42 ¶ 4 states that "[f]or files that will exceed this limitation [of 1 megabyte], the Filing User shall seek appropriate relief from the presiding judge . . . ." Each of the four electronic files that make up Plaintiff's appendix exceeds 1 megabyte. Plaintiff concluded that it might be preferable to file fewer (but larger) files with the court rather than filing 10-15 electronic files that are smaller in size but more time-consuming to download. Additionally, because the appendix is more than 50 pages, Plaintiff intends to deliver a courtesy copy to the presiding Judge's chambers on September 21, 2004. RCFC General Order No. 42 ¶ 5.

For the foregoing reasons, Plaintiff respectfully requests leave to file its appendix using electronic files that exceed 1 megabyte.

Dated: September 20, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)