IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: September 22, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is the plaintiff's Motion for Leave to File Appendix Using Electronic Files Exceeding 1 Megabyte, filed on September 20, 2004. Plaintiff requests leave to file its Appendix to Plaintiff's Reply in Support of its Motion for Summary Judgment on Liability and Response in Opposition to Defendant's Cross-Motion for Summary Judgment on Liability, which is divided into four electronic files, each of which is larger than 1 megabyte.

Good cause having been established, the plaintiff's motion is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge