**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ENTERGY NUCLEAR INDIAN POINT 2, LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 03-2622C
(Judge Lettow)

**NOTICE OF FILING APPENDIX**

Pursuant to this Court's September 22, 2004 Order granting Plaintiff's motion for leave to file its appendix, Plaintiff submits its "Appendix to Plaintiff's Reply In Support Of Its Motion For Summary Judgment On Liability And Response In Opposition To Defendant's Cross-Motion For Summary Judgment on Liability," dated September 20, 2004, as an attachment to this notice of filing.

Dated: September 22, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000