# U. S. DEPARTMENT OF ENERGY

## INSTRUCTIONS FOR COMPLETING THE APPENDIX C DELIVERY COMMITMENT SCHEDULE

## GENERAL INSTRUCTIONS

1. PURPOSE AND USE OF DATA
The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) states that, beginning January 1, 1992, Purchasers may begin submitting to the Department of Energy (DOE) Delivery Commitment Schedules (DCS) that identify all spent nuclear fuel (SNF) the Purchasers plan to deliver to DOE beginning 63 months thereafter. The DCS provides the Purchasers with the opportunity to inform DOE of their plans for utilizing their allocations of projected Federal waste management system (FWMS) acceptance capacity. This information will assist DOE in meeting its contractual waste acceptance responsibilities and in developing the FWMS.

2. WHO SHOULD SUBMIT
The DCS should be submitted by all Purchasers with allocations in the 1991 Annual Capacity Report (ACR) (or subsequent ACRs, as appropriate) as specified in Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste.

3. WHEN TO SUBMIT
Beginning January 1, 1992, Purchasers shall submit DCSs at least 63 months prior to requested delivery. At this time, DOE suggests that the Purchasers designate only the appropriate delivery year (calendar year), recognizing that both the Purchaser's and the Department's ability to commit to a specific date over 63 months in the future is limited. For each allocation listed in the 1991 ACR (or subsequent ACRs, as appropriate), a Purchaser must submit at least one DCS for that allocation at least 63 months prior to the date that the allocation occurs (e.g., if a Purchaser has an allocation in 1998, a DCS must be submitted for that allocation by September 30, 1992).

4. WHERE TO SUBMIT
Purchasers shall forward the completed DCS and one copy to:

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

5. AUTHORITY
Data on the DCS are collected under the authority of the Nuclear Waste Policy Act of 1982, as amended, (42 U.S.C. 10101 et seq.) and Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

6. PROVISIONS REGARDING CONFIDENTIALITY OF INFORMATION
Data being collected on the DCS are not considered to be confidential.

7. BACKGROUND INFORMATION

(a) The 1991 Acceptance Priority Ranking (APR) established the order in which FWMS acceptance capacity is allocated in the 1991 ACR. As required by the Standard Contract, the priority ranking is based on the date the SNF was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. The 1991 ACR applied a 10 year projected waste acceptance rate to the 1991 APR for planning purposes, resulting in individual Purchaser allocations. The Purchasers' allocations for each delivery year (for a 10 year period) are presented in the 1991 ACR and are the basis for Purchasers submitting DCSs to DOE for approval. Due to the limited annual acceptance capacity of the FWMS, only DCSs submitted by Purchasers with an allocation in the delivery year will be considered for approval (e.g., in order for a Purchaser to have a DCS considered for approval for delivery in 1998, the Purchaser must have an allocation in 1998.)

(b) Once a Purchaser has an allocation, any SNF owned by the Purchaser can be designated for delivery against that allocation. The DCS does not restrict the Purchaser to deliver the specified SNF that was the basis for the allocation (see also Item 7.(h)).

(c) The annual acceptance rates in the 1991 ACR provide an approximation of the FWMS acceptance capacity and are for planning purposes. The process described herein assumes that the FWMS will be able to accept the Purchasers' SNF beginning in 1998 according to the acceptance rate reflected in the 1991 ACR. In the event that such circumstances change, all DCSs previously approved by DOE may need to be reevaluated by DOE and the Purchasers.

(d) Over the 10 year period for which the 1991 ACR allocated FWMS acceptance capacity, Purchasers may qualify for a specific number of allocations (from 0 through 10). Beginning in January 1992, Purchasers may submit DCSs for any or all of their allocations, up through year 10. Early submission of DCSs will facilitate the exchange of approved DCSs between Purchasers, as allowed by Article V.E. of the Standard Contract.

(e) The actual number of DCSs submitted by a Purchaser will vary according to the number of allocations they have in the ACR and the number of DCSs they choose to submit for each allocation. A DCS should be submitted for only one designated delivery site, only one fuel type (BWR, PWR, or Other) and only one delivery

year. Therefore, if a Purchaser splits an allocation between two or more delivery sites or between fuel types, more than one DCS will be required. There is no limit to the number of DCSs that can be submitted for each allocation, as long as the total metric tons of uranium (MTU) requested does not exceed the Purchaser's total MTU allocation for that year.

(f) Unless specifically requested otherwise, DOE will evaluate all DCSs submitted against a single allocation period independently. If a Purchaser prefers all DCSs submitted against a single allocation year to be considered as one package, this should be communicated to DOE at the time of submission. When evaluating the DCSs as a package, if one DCS is disapproved then all DCSs for that period will be disapproved and returned to the Purchaser for resubmittal.

(g) Waste acceptance capacity allocated to Purchasers is expressed in terms of MTU. The MTU allocation does not necessarily limit the number of assemblies that can be delivered. The DCS is designed to cover a given quantity of SNF as measured in MTU, not assemblies. DOE realizes that the number of assemblies associated with an allocation will vary according to the actual SNF designated for delivery. The appropriate entry for the blank on the DCS labeled "Number of Assemblies" is discussed in more detail below in the Specific Instructions For Completion of DCS.

(h) Since the DCS does not require the identification of the specific fuel to be delivered, each DCS is assumed to be for Standard Fuel, Class S1 or Class S2, as defined in Appendix E of the Standard Contract. An approved DCS should not be interpreted as a commitment by DOE to accept other than standard fuel. The Contract makes specific provisions for delivery of other than standard fuel. If a Purchaser intends to deliver other than standard fuel, the Purchaser must submit proposed handling/shipping procedures to DOE for evaluation and confirmation as to the technical feasibility of accepting the delivery on the schedule in the approved DCS. Submittal of these proposed handling/shipping procedures is not required until after the DCS has been approved. If the acceptance of other than standard fuel cannot be accommodated, the Purchaser has the option to deliver standard fuel on the schedule in the approved DCS or exchange the approved DCS with another Purchaser, provided contractual time limitations can be met.

8. DCS PROCESS

Upon receipt by DOE, each DCS will be date stamped. DOE shall approve or disapprove the DCS within 3 months of receipt. Such approval will be confirmed by signatures of the DOE Contracting Officer and DOE Technical Representative on the DCS returned to the Purchaser. If the DCS is incomplete or if the DCS does not reflect delivery rights available to the Purchaser, the DCS will be disapproved and returned to the

Purchaser. The Purchaser will then have 30 days to resubmit the revised DCS. DOE shall approve or disapprove the revised DCS within 60 days of receipt. If the revised DCS is disapproved, DOE will submit to the Purchaser reasons for such disapproval, and proposed alternative DCS(s) for their consideration. If this DOE-proposed alternative DCS is not acceptable to the Purchaser, both parties shall promptly seek to negotiate acceptable schedule(s).

9. QUESTIONS ON THE DCS

If you have any questions or require more information for completing the DCS, please contact Mr. Alan Brownstein at (202) 586-4973, or Mr. Nick Graham at (202) 586-9634. Please direct all correspondence to DOE Contracting Officer, Office of Placement and Administration, PR-322.1, 1000 Independence Avenue, S.W., Washington, D.C., 20585.

## SPECIFIC INSTRUCTIONS FOR COMPLETION OF DCS

The following are specific instructions for completing the DCS. Each indicated entry of the DCS should be filled in with the information as described below. Requests for information which have been determined to not be currently needed by DOE have been prefilled with "Not Required" in the attached DCS.

1.1 **DCS IDENTIFICATION NUMBER:** A 12-digit unique identification number having the form YY-RRID-NNNN-SS, where

YY = the last two digits of the Proposed Delivery Year
RRID = RW-859 reactor identification number of the designated delivery site
NNNN = the last four digits of the contract number associated with the SNF being designated for delivery, and
SS = a two digit sequential code to uniquely identify the DCS within this Purchaser's annual allocation.

As an example, suppose Electric Power Company (Contract Number DE-CR01-83NE12345) submits a DCS to deliver SNF from Unit I (RW-859 ID Number 8801) in the year 1999. Assume that this is the third DCS that Electric Power Company plans to submit under this allocation. The unique identifier for this DCS would be 99-8801-2345-03. Type the number on the top right-hand corner of the DCS. If the Purchaser elects not to insert an identifying number, one will be assigned by DOE upon receipt of the DCS.

1.2 **CONTACT PERSON:** Enter the name and telephone number of the person the Department should contact if there are questions concerning the DCS.

1.3 **CONTRACT NUMBER:** Enter the number of the Contract under which the disposal fees were paid for the SNF designated on this DCS. For Purchasers with multiple Contracts, the entry relates to the Contract number associated with the SNF designated for delivery and may differ from the Contract number of the SNF which qualified the Purchaser for the allocation or the Contract number associated with the designated delivery site.

1.4 **REACTOR/FACILITY INFORMATION:** Enter the name of the designated delivery site where the SNF will be delivered to DOE. The facility may differ from the facility that generated the SNF that qualified the Purchaser for the allocation. Enter the street address (not mailing address) of the designated delivery site.

2.1 **TYPE OF CASK REQUIRED:** Indicate (in tons) the maximum loaded cask lifting weight (weight on the hook including lifting equipment and water in the cask) that you intend to use at the delivery location indicated in Item 1.4. If you plan to upgrade the cask handling capacity at this facility prior to shipment, this upgrade should be reflected in the maximum lifting weight. This information is to be used by DOE for

planning purposes and does not imply any commitment by DOE or the Purchaser. The identification of the specific cask will be determined during the Final Delivery Schedule (FDS) process.

2.2 SHIPPING LOT NUMBER: ("Not Required" has been entered.) A shipping lot is a specified quantity of SNF designated for delivery on a specific date. Since a DCS should not identify a specific date for delivery, assignment of a shipping lot number would be premature at this time.

2.3 PROPOSED SHIPPING MODE: Check the appropriate box for: (a) Truck, (b) Rail or (c) Barge, indicating your proposed shipping mode. Purchasers should indicate the mode of carriage that the cask identified in Item 2.1 will be delivered to DOE at the Purchaser's gate, f.o.b. carrier. An entry of "Truck" will indicate to DOE that the Purchaser proposes to deliver the cask on a truck trailer, an entry of "Rail" will indicate delivery on a rail car, and an entry of "Barge" will indicate that the Purchaser proposes to deliver the cask to a barge. Selection of shipping mode is independent of cask type and only indicates the carrier mode. Final selection of the shipping mode will be determined during the FDS process. If a Purchaser intends to upgrade a facility from truck to rail access, "Rail" should be indicated on the DCS. Similarly, if a facility has either rail or barge access but the Purchaser plans to deliver by truck, "Truck" should be indicated on the DCS.

2.4 PROPOSED DELIVERY DATE: Enter the appropriate delivery date (year) for the SNF to be delivered in accordance with your allocation (listed in the ACR). The actual date will be determined during the FDS process.

2.5 DOE ASSIGNED DELIVERY COMMITMENT DATE: This entry will be completed by DOE.

2.6 RANGE OF DISCHARGE DATES (Earliest to Latest): Enter the range of discharge dates from which the SNF will be selected for delivery. Purchasers are encouraged to be as specific as possible. For example, the Purchaser may know that there is certain SNF that they prefer not to deliver under this DCS (e.g., SNF in dry storage) and exclude that SNF from the range of discharge dates. A Purchaser may include other than standard SNF in the range of discharge dates, although confirmation of the technical feasibility of delivery of the other than standard SNF on the agreed to schedule will be required prior to submittal of an FDS. Canistered nonfuel waste should not be included in this entry at this time.

2.7 METRIC TONS OF URANIUM (Initial): Enter the MTU for this proposed delivery. If several DCSs are submitted for one allocation period, the total quantity of SNF designated for delivery must not exceed the allocation in the ACR; exceeding the allocation will result in disapproval of the DCS(s).

(Discharged) "Not Required" has been entered. The Contract makes provisions for allocation only on the basis of Initial MTU content.

2.8 NUMBER OF ASSEMBLIES--BWR/PWR/Other: Enter the number of SNF assemblies corresponding to the Metric Tons Uranium indicated in Item 2.6 in the appropriate blank for BWR, PWR or Other (e.g., HTGR, TRIGA). If the SNF in the designated range of discharge dates encompasses assemblies with a wide range of MTU/assembly, state the maximum number of assemblies that may be delivered. Since the actual number of assemblies to be delivered may vary according to the specific SNF selected for delivery, adjustments to the number of assemblies will be made during the FDS process.

3.0 CERTIFICATIONS: An individual duly authorized to bind the Purchaser must sign the DCS, certifying that the Purchaser has the legal right to deliver such SNF to DOE. Insert the appropriate signatory's title and date.

4.0 NOTIFICATION OF DOE APPROVAL: The signatures of DOE's Technical Representative and the Contracting Officer will indicate that the DCS has been approved.

OMB No.:
Expires:

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: ______________________

1.2 Contact Person:
(a) Name: ______________________
(b) Telephone (Include Area Code): ______________________

1.3 Contract Number: ______________________

1.4 Reactor/Facility Information:
(a) Name: ______________________
(b) Address: ______________________
(c) City, State & Zip Code: ______________________

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): ______________________
2.2 Shipping Lot Number: ____(Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck______; Rail______; Barge______
2.4 Proposed Delivery Date: ______________________
2.5 DOE Assigned Delivery Commitment Date: ______________ (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: ___/___/___ to ___/___/___
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial)______________ (Discharged)________ (Not Required)
2.8 Number of Assemblies: BWR ______ PWR ______ Other ______

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 ______________________________________________
Authorized Purchaser Signature — Date

3.2 ______________________ Name (Please Type or Print)

3.3 ______________________ Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

______________________________________________
Technical Representative — Title — Date

4.2 ______________________________________________
Contracting Officer — Date

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-01

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 09 15 78 Mo/Day/Yr to 09 15 78 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 7.0
2.6 Number of Assemblies: BWR ____ PWR 16 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/18/96

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

Void - DKZ 2/27/98

4.2 [signature] Technical Representative — Title: COTR — Date: 1/13/97

Contracting Officer — Date

104

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-02

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 10 06 79 Mo/Day/Yr to 10 06 79 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 32.0
2.6 Number of Assemblies: BWR ____ PWR 71 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/18/96

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ ~~Approved~~ ☐ Disapproved Void

4.2 [signature] DM 4/22/97 Technical Representative — Title: COTR — Date: 1/13/97

Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-03

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 01 15 81 to 01 15 81
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 29.4
2.6 Number of Assemblies: BWR ____ PWR 65 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 9/18/96 Date

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ~~☒ Approved~~ ☐ Disapproved Void DC JN 2/27/97

4.2 [signature] Technical Representative — ~~COTR~~ Title — ~~1/13/97~~ Date

Contracting Officer — Date

106

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-04

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 02 12 82 to 02 12 82
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 8.3
2.6 Number of Assemblies: BWR ____ PWR 20 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/18/96

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

Void 2/27/97 DK

4.2 [signature] Technical Representative — Title: COTR — Date: 1/13/97

Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-05

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 03 09 79 Mo/Day/Yr to 03 09 79 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 31.2
2.6 Number of Assemblies: BWR ____ PWR 70 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/18/96

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

Void 4/21/17 DK

4.2 [signature] Technical Representative — Title: COTR — Date: ~~1/13/97~~

______ Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM, 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-06

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 05 02 80 Mo/Day/Yr to 05 02 80 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 27.0
2.6 Number of Assemblies: BWR ____ PWR 60 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/18/96

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

Void 2/27/97 DK

4.2 [signature] Technical Representative — COTR Title — 7/13/97 Date

Contracting Officer ____ Date ____



Copy Distribution: 1 White, DOE-Contracting Officer; [illegible] DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 02-1012-4372-07

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5733

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 09 10 81 Mo/Day/Yr to 09 10 81 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 29.3
2.6 Number of Assemblies: BWR ____ PWR 65 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/18/96

3.2 Michael J. Wallace — Name (Please Type or Print)

3.3 Senior Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved ☐ Disapproved

Void 2/27/97 DK

4.2 [signature] Technical Representative — COTR Title — 1/13/97 Date

____ Contracting Officer ____ Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Omaha Public Power District

1.2 DCS Identification Number: 02-3401-4401-01

1.3 Contact Person:
(a) Name: Peter F. Hanger
(b) Telephone: (402) 636 3026

1.4 Contract Number: DE-CR01-83NE44401

1.5 Reactor/Facility Information:
(a) Name: Fort Calhoun Station Unit #1
(b) Address: PO Box 399
(c) City: Fort Calhoun
(d) State: NE (e) Zip Code: 68023

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2002 *
2.4 Range of Discharge Dates: 03 01 75 to 03 31 95
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 19.0
2.6 Number of Assemblies: BWR XX PWR 52 Other XX

* The proposed delivery date is dependent upon the existence of an operational repository or interim storage facility constr under the Act.

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 10/8/96
Authorized Purchaser Signature Date

3.2 D. D. Kloock
Name (Please Type or Print)

3.3 Division Manager - Fuels
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved Void 2/27/97 [initials]

4.2 [signature] ~~COTR~~ 1/2/97
Technical Representative Title Date

[signature] ~~1/14/97~~ Void 5/13/97 [initials]
Contracting Officer Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 02-3302-4400-01

1.3 Contact Person:
(a) Name: John Closs
(b) Telephone: ( 612 ) 337-2016

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr. E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 03 03 73 Mo/Day/Yr to 01 22 97 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 33.9
2.6 Number of Assemblies: BWR ____ PWR 96 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — September 27, 1996 Date

3.2 E. L. Watzl — Name (Please Type or Print)

3.3 Vice President Nuclear Generation — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

Void 2/27/97 DK

4.2 [signature] Technical Representative — COTR Title — 12/30/96 Date

[signature] Contracting Officer — 1/14/97 Date

VOID 3/3/97



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: GPU Nuclear, Inc.

1.2 DCS Identification Number: 02-1901-4476-01

1.3 Contact Person:
(a) Name: John A. Vincent
(b) Telephone: (201) 316-7289

1.4 Contract Number: DE-CR01-83NE44476

1.5 Reactor/Facility Information:
(a) Name: Three Mile Island 1
(b) Address: Route 441 South
(c) City: Middletown
(d) State: PA (e) Zip Code: 17057

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 2 20 76 Mo/Day/Yr to 12 31 96 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 33.9
2.6 Number of Assemblies: BWR ____ PWR 73 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/26/96

3.2 T.M. Nestor — Name (Please Type or Print)

3.3 Sr. Contract Administrator — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — Title: COTR — Date: 12/30/96

Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

MAR 13 1997

DCS
02-3902-4407-01

Mr. Paul Lemberg
Supervisory Nuclear Fuel Supply Engineer
Fuels 9-E
New York Power Authority
123 Main Street
White Plains, NY 10601

Dear Mr. Lemberg:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Anthony M. Jackson



Printed with soy ink on recycled paper

Department of Energy
Washington, DC 20585

MAR 13 1997

Mr. K.S. Canady
Manager, Nuclear Engineering
Duke Power Company
Post Office Box 1006 (EC08H)
Charlotte, NC 28201-1006

DCS
02-1508-4379-01

Dear Mr. Canady:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste**.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Tamara L. Reavis



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

MAR 13 1997

DCS
02-3302-5000-01

Mr. E. L. Watzl
Vice President, Nuclear Generation
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401

Dear Mr. Watzl:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
John Closs



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

MAR 13 1997

DCS
02-3401-4401-01

Mr. D.D. Kloock
Division Manager-Fuels
Omaha Public Power District
444 South 16th Street Mall
Omaha, NE 68102-2247

Dear Mr. Kloock:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Peter F. Hanger



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

JAN 09 1998

Mr. John A. Vincent
Senior Engineer, Nuclear Fuel
GPU Nuclear Inc.
One Upper Pond Road
Parsippany, NJ 07054-7000

Dear Mr. Vincent:

The Department of Energy has received your two Delivery Commitment Schedules (DCSs) for Oyster Creek (03-1903-4385-01), and Three Mile Island 1 (03-1901-4476-01) submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration



Printed with soy ink on recycled paper

NE44379

**Department of Energy**
Washington, DC 20585

FEB 11 1998

Ms. Tamara L. Reavis
Duke Power Company
P.O. Box 1006 (EC-08F)
Charlotte, NC 28201-1006

Dear Ms. Reavis:

The Department of Energy has received your Delivery Commitment Schedule (DCS) for McGuire Nuclear Station, Unit 1, DCS number (03-1504-4379-01) submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

As you previously discussed with Glenn Gardner of the Waste Acceptance and Transportation Division (RW-44) of the Office of Civilian Radioactive Waste Management, your DCS has been modified to reflect the following change: the DCS Range of Discharge Dates (Earliest to Latest) in data field 2.4 now includes designated day and reads "02/24/84 to 05/16/86."

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Mr. K. S. Canady



Printed with soy ink on recycled paper

Department of Energy
Washington, DC 20585

FEB 11 1998

Mr. John W. Closs
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401

Dear Mr. Closs:

The Department of Energy has received your Delivery Commitment Schedule (DCS) for Prairie Island Nuclear Generating Plant, DCS number 03-3302-4400-01 submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

We are also in receipt of your Final Delivery Schedule CY 1999 for Prairie Island Nuclear Generating Plant under contract number DE-CR01-83-NE44400.

The Department is not able at this time to approve your submittals. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Michael D. Wadley



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

October 1, 1998

Mr. Dan D. Kloock
Division Manager, Fuels
Omaha Public Power District
444 South 16th Street Mall
Omaha, NE 68102-2247

Dear Mr. Kloock:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Fort Calhoun Station Unit #1 (contract number DE-CR01-83NE44401) scheduled for delivery in January 2003, submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc
Peter F. Hanger

**Department of Energy**
Washington, DC 20585

November 6, 1998

DCS

Mr. Ed L. Watzl
Executive Vice President
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401

Dear Mr. Watzl:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Prairie Island Nuclear Plant (contract number DE-CR01-83NE44400), in 2004 submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Jon Kapitz



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

November 24, 1998

DCS
04-1504-4379-01

Mr. Kenneth S. Canady
Manager, Nuclear Engineering
Duke Energy Corporation
P.O. Box 1006 (EC08H)
Charlotte, NC 28201-1006

Dear Mr. Canady:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the McGuire Nuclear Station, Unit 1 (contract number DE-CR01-83NE44379) for 2004, submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Ms. Tamara L. Reavis



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

November 24, 1998

Mr. H. V. Oheim
General Manager Technical
Boston Edison
Pilgrim Nuclear Power Station
Rocky Hill Road
Plymouth, Massachusetts 02360

Dear Mr. Oheim:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Pilgrim Nuclear Power Station (contract number DE-CR01-83NE44368) for 2004, submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: John H. Piascik



Printed with soy ink on recycled paper

# Department of Energy

Washington, DC 20585

December 20, 1999

Mr. Ken S. Canady
Manager, Nuclear Engineering
Duke Power Company
526 South Church Street
P.O. Box 1006 (Mail Code EC-08F)
Charlotte, NC 28201-1006

Dear Mr. Canady:

The Department of Energy received your Delivery Commitment Schedules (DCSs) for Oconee 1 DCS number 05-1506-4379-01; McGuire 2 DCS number 05-1505-4379-02; and Catawba 1 DCS number 05-1501-4379-03 for 2005. The DCSs were submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittals. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0061, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

cc: Tamara L. Reavis



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

April 3, 2000

Michael D. Wadley
President, Nuclear Generation
Northern States Power
414 Nicollet Mall
Minneapolis, MN 55401-1993

Dear Mr. Wadley:

The Department of Energy received your Delivery Commitment Schedule (DCS) for Prairie Island Nuclear Plant Unit #1, DCS number 05-3302-4400-01 (contract number DE-CR01-83NE44400) for 2005. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0045, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

cc: Jon Kapitz

**Department of Energy**
Washington, DC 20585

MAY 2 4 2000

Mr. John A. Vincent
Senior Engineer Nuclear Fuel
GPU Nuclear, Inc.
One Upper Pond Road
Parsippany, NJ 07054-1095

Dear Mr. Vincent:

The Department of Energy received your Delivery Commitment Schedule (DCS) for Oyster Creek Unit #1, DCS number 05-1903-4385-01 (contract number DE-CR01-83NE44385) for 2005. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0045, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>CONNECTICUT YANKEE ATOMIC POWER COMPANY,<br>MAINE YANKEE ATOMIC POWER COMPANY,<br>FLORIDA POWER & LIGHT COMPANY,<br>NORTHERN STATES POWER COMPANY,<br>DUKE POWER, A Division of DUKE ENERGY CORP.,<br>INDIANA MICHIGAN POWER COMPANY,<br>SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>SOUTHERN NUCLEAR OPERATING COMPANY, et al.,<br>COMMONWEALTH EDISON COMPANY,<br>BOSTON EDISON COMPANY,<br>GPU NUCLEAR, INCORPORATED,<br>WISCONSIN ELECTRIC POWER COMPANY,<br>POWER AUTHORITY OF THE STATE OF NEW YORK,<br>OMAHA PUBLIC POWER DISTRICT,<br>NEBRASKA PUBLIC POWER DISTRICT,<br>TENNESSEE VALLEY AUTHORITY,<br>PSEG NUCLEAR LLC,<br><br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | ) | Case Nos. 98-126C, 98-154C, 98-474C, 98-483C, 98-484C, 98-485C, 98-486C, 98-488C, 98-614C, 98-621C, 99-447C, 00-440C, 00-697C, 00-703C, 01-115C, 01-116C, 01-249C, 01-551C<br><br>(Judge Sypolt, Discovery Judge) |

DEFENDANT'S RESPONSE TO
UTILITY PLAINTIFFS' REQUESTS FOR ADMISSIONS

Pursuant to Rule 36 of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order for coordinated discovery, filed on September 26, 2001, defendant, the United States, provides the following responses to the utility plaintiffs' joint requests for admission.

GENERAL OBJECTIONS

1. Defendant objects to each and every request for admission to the extent that it calls for the disclosure of material or information that is subject to any claim of privilege or protection, including, without limitation, the attorney-client privilege, the work-product doctrine, or any Government privilege.

41. Admit that the DOE did not approve any DCS submissions submitted by any Standard Contract holder in 2000.

RESPONSE:

Admits.

42. Admit that the DOE did not approve any DCS submissions submitted by any Standard Contract holder in 2001.

RESPONSE:

Admits.

43. Admit that the DOE did not approve any DCS submissions submitted by any Standard Contract holder in January or February of 2002.

RESPONSE:

Defendant objects to this request as vague, ambiguous, and misleading, as defendant is unaware of any delivery commitment schedules that were submitted to the Department of Energy by any contract holder in January or February 2002. Without waiving these objections, defendant denies this request for admission. Because no Standard Contract holder submitted any DCSs for the Department of Energy's approval in January or February of 2002, the factual premise upon which this request is based is incorrect, warranting denial of this request.

44. Admit that the DOE has not approved any DCS submissions submitted by any Standard Contract holder since March 1997.

RESPONSE:

Admits.

45. Admit that the DOE has not published an ACR and/or APR since 1995.

RESPONSE:

Admits.

46. Admit that under the Standard Contract, Utility Plaintiff DCS submissions are to identify SNF and/or HLW that the Plaintiff Utilities anticipate delivering sixty-three (63) months before the date that the utility has an acceptance allocation in the most recent APR.

RESPONSE:

Defendant objects to this request because it seeks an admission of a pure matter of law, which RCFC 36 does not allow. See 8A C. Wright, A. Miller, & R. Marcus, Federal Practice & Procedure § 2255, at 534 (2d ed. 1994). Without waiving this objection, defendant denies this request. Annual acceptance capacity allocations to the contract holders are presented in the Annual Capacity Report, rather than in the Acceptance Priority Ranking. Further, the "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" contains the requirements for delivery commitment schedule submissions, including the following:

> Delivery commitment schedule(s), in the form set forth in Appendix C annexed hereto and made a part hereof, for delivery of SNF and/or HLW shall be furnished to DOE by Purchaser. After DOE has issued its proposed acceptance priority ranking, as described in paragraph B.5 of Article IV hereof, beginning January 1, 1992 the Purchaser shall submit to DOE the delivery commitment schedule(s) which shall identify all SNF and/or HLW the Purchaser wishes to deliver to DOE beginning sixty-three (63) months thereafter. . . .

10 C.F.R. § 961.11, Art. V(B)(1). As is clear from that language, a contract holder must identify in a delivery commitment schedule submitted to the Department of Energy all

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

OF COUNSEL:

L. DOW DAVIS, IV
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
R. ALAN MILLER
WILLIAM L. OLSEN
ERIN E. POWELL
HEIDE L. HERRMANN
RUSSELL A. SHULTIS
KEVIN B. CRAWFORD
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attorneys for Defendant

April 18, 2002

## U. S. DEPARTMENT OF ENERGY

## INSTRUCTIONS FOR COMPLETING THE APPENDIX C DELIVERY COMMITMENT SCHEDULE

## GENERAL INSTRUCTIONS

1. **PURPOSE AND USE OF DATA**
The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) states that Purchasers shall begin submitting to the Department of Energy (DOE) Delivery Commitment Schedules (DCS) that identify all spent nuclear fuel (SNF) the Purchasers plan to deliver to DOE beginning 63 months thereafter. The DCS provides the Purchasers with the opportunity to inform DOE of their plans for utilizing their allocations of projected Civilian Radioactive Waste Management System (CRWMS) acceptance capacity. This information will assist DOE in planning the waste acceptance and transportation capabilities of the CRWMS.

2. **WHO SHOULD SUBMIT**
The DCS shall be submitted by each Purchaser with an allocation in the 2004 Acceptance Priority Ranking/Annual Capacity Report (APR/ACR) (or subsequent APR/ACRs, as appropriate) as specified in Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste.

3. **WHEN TO SUBMIT**
Purchasers shall submit DCSs at least 63 months prior to requested delivery year. At this time, DOE suggests that the Purchasers designate only the appropriate delivery year (calendar year), recognizing that both a Purchaser's and the Department's ability to commit to a specific date over 63 months in the future is limited. For each allocation listed in the 2004 APR/ACR (or subsequent APR/ACRs, as appropriate), a Purchaser must submit at least one DCS for that allocation at least 63 months prior to the date that the allocation occurs (e.g., if a Purchaser has an allocation in 2010, a DCS must be submitted for that allocation by September 30, 2004).

4. **WHERE TO SUBMIT**
Purchasers shall forward the completed DCS to:

U.S. Department of Energy
David Zabransky, Contracting Officer
Office of Systems Analysis and Strategy Development (RW-20E)
1000 Independence Avenue, S.W.
Washington, DC 20585

Purchasers may submit an electronic copy by email to dave.zabransky@rw.doe.gov or by fax to (202)586-9608 or (202)586-1047 but will also need to mail a signed original to the address above. DCS forms can be downloaded from the OCRWM website at http://www.ocrwm.doe.gov/wat/dc_schedule.shtml

5. **AUTHORITY**
Data on the DCS are collected pursuant to the authority of the Nuclear Waste Policy Act of 1982, as amended, (42 U.S.C. 10101 et seq.) and Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste.

6. **PROVISIONS REGARDING CONFIDENTIALITY OF INFORMATION**
Data being collected on the DCS are not considered to be confidential. Should you consider any of the additional information you provide to be of a proprietary nature, please mark your response accordingly.

7. **BACKGROUND INFORMATION**
The 2004 APR/ACR is based on RW-859 data covering discharges through December 31, 2002 and established the order in which CRWMS acceptance capacity is allocated in the 2004 APR/ACR. As required by the Standard Contract, the priority ranking is based on the date the SNF was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. A 10-year projected waste acceptance rate is applied to the APR for planning purposes, resulting in individual Purchaser allocations. The Purchasers' allocations for each delivery year (for a 10-year period) are presented in the 2004 APR/ACR and are the basis for Purchasers submitting DCSs to DOE for approval. Due to the limited annual acceptance capacity of the CRWMS, only DCSs submitted by Purchasers with an allocation in the delivery year will be considered for approval (e.g., for a Purchaser to have a DCS considered for approval for delivery in 2010, the Purchaser must have an allocation in 2010.)

(a) The annual acceptance rates in the 2004 APR/ACR provide an approximation of the CRWMS acceptance capacity and are for planning purposes. The process described herein assumes that the CRWMS will be able to accept a Purchaser's SNF beginning in 2010 according to the acceptance rate reflected in the 2004 APR/ACR. DOE recognizes that many Purchasers have submitted and DOE has approved DCSs based upon the January 31, 1998 operations date included in the Standard Contract. Purchasers should submit new DCSs based upon the currently planned operation date of 2010.

(b) Once a Purchaser has an allocation, any SNF owned by the Purchaser can be designated for delivery against that allocation. The DCS does not restrict the Purchaser to deliver the specified SNF that was the basis for the allocation.

(c) Over the 10-year period for which the 2004 APR/ACR allocated CRWMS acceptance capacity, Purchasers may qualify for a specific number of allocations (from 0 through 10). Purchasers may submit advanced DCSs for any or all of their allocations, for years 2011 through and including 2019.

(d) The actual number of DCSs submitted by a Purchaser will vary according to the number of allocations they have in the APR/ACR and the number of DCSs they choose to submit for each allocation. A DCS should be submitted for only one designated delivery site, only one fuel type (BWR, PWR, or Other) and only one

delivery year. Therefore, if a Purchaser splits an allocation between two or more delivery sites or between fuel types, more than one DCS will be required. There is no limit to the number of DCSs that can be submitted for each allocation, as long as the total metric tons of uranium (MTU) requested does not exceed the Purchaser's total MTU allocation for that year.

(e) Waste acceptance capacity allocated to Purchasers is expressed in terms of MTU. The MTU allocation does not necessarily limit the number of assemblies that can be delivered. The DCS is designed to cover a given quantity of SNF as measured in MTU, not assemblies. DOE realizes that the number of assemblies associated with an allocation will vary according to the actual SNF designated for delivery. The appropriate entry for the blank on the DCS labeled "Number of Assemblies" is discussed in more detail below in the Specific Instructions for Completion of DCS.

(f) Since the DCS does not require the identification of the specific fuel to be delivered, each DCS is assumed to be for Standard Fuel, Class S1 or Class S2, as defined in Appendix E of the Standard Contract. The Contract makes specific provisions for delivery of other than standard fuel. If a Purchaser intends to deliver other than standard fuel, the Purchaser must submit proposed handling/shipping procedures to DOE for evaluation and confirmation as to the technical feasibility of accepting the delivery on the schedule in the approved DCS. Submittal of these proposed handling/shipping procedures is not required until after the DCS has been approved. If the acceptance of other than standard fuel cannot be accommodated, the Purchaser has the option to deliver standard fuel on the schedule in the approved DCS or exchange the approved DCS with another Purchaser, provided contractual time limitations can be met.

**8. QUESTIONS ABOUT THE DCS**

If you have any questions or require more information for completing the DCS, please contact **Dave Zabransky at (202) 586-9198 /** dave.zabransky@rw.doe.gov, **or Tom Pollog at (202) 586-4153 /** thomas.pollog@rw.doe.gov. Both can be contacted by fax at (202)586-9608 or (202)586-1047. Please direct all correspondence to DOE, Attn: David Zabransky, Contracting Officer, Office of Systems Analysis and Strategy Development (RW-20E), 1000 Independence Avenue, S.W., Washington, DC 20585.

## SPECIFIC INSTRUCTIONS FOR COMPLETION OF DCS

The following are specific instructions for completing the DCS. Each indicated entry of the DCS should be filled in with the information as described below.

1.1 **NAME OF PURCHASER**: Enter the name of the corporate entity that has title to the spent nuclear fuel or high-level radioactive waste covered by the disposal contract.

1.2 **DCS IDENTIFICATION NUMBER**: A 12-digit unique identification number having the form YY-RRID NNNN-SS, where

| | | |
|---|---|---|
| YY | = | the last two digits of the Proposed Delivery Year |
| RRID | = | RW-859 reactor identification number of the designated delivery site |
| NNNN | = | the last four digits of the contract number associated with the SNF being designated for delivery, and |
| SS | = | a two digit sequential code to uniquely identify the DCS within this Purchaser's annual allocation. |

As an example, suppose Electric Power Company (Contract Number DE-CR01-83NE12345) submits a DCS to deliver SNF from Unit I (RW-859 ID Number 8801) in the year 2010. Assume that this is the third DCS that Electric Power Company plans to submit under this allocation. The unique identifier for this DCS would be 10-8801-2345-03.

Enter this number on the top right-hand corner of the DCS. If the Purchaser elects not to insert an identifying number, DOE will assign one upon receipt of the DCS.

1.3 **CONTACT PERSON**: Enter the name and telephone number of the person the Department should contact if there are questions concerning the DCS.

1.4 **CONTRACT NUMBER**: Enter the number of the Contract under which the disposal fees were paid for the SNF designated on this DCS. For Purchasers with multiple Contracts, the entry relates to the Contract number associated with the SNF designated for delivery and may differ from the Contract number of the SNF that qualified the Purchaser for the allocation or the Contract number associated with the designated delivery site.

1.5 **REACTOR/FACILITY INFORMATION**: Enter the name of the designated delivery site where the SNF will be delivered to DOE. The facility may differ from the facility that generated the SNF that qualified the Purchaser for the allocation. Enter the street address (not mailing address) of the designated delivery site.

2.1 **TYPE OF CASK REQUIRED**: Indicate (in tons) the maximum loaded cask lifting weight (weight on the hook including lifting equipment and water in the cask) that you intend to use at the delivery location indicated in Item 1.4. If you plan to upgrade the cask handling capacity at this facility prior to shipment, this upgrade should be reflected in the maximum lifting weight. This information is to be used by DOE for planning purposes and does not imply any commitment by DOE or the Purchaser.

2.2 **PROPOSED SHIPPING MODE**: Check the appropriate box for: (a) Truck, (b) Rail, or (c) Barge, indicating your proposed shipping mode. Purchasers should indicate the mode of carriage that the cask identified in Item 2.1 will be delivered to DOE at the Purchaser's gate, f.o.b. carrier. An entry of "Truck" will indicate to DOE that the Purchaser proposes to deliver the cask on a truck trailer, an entry of "Rail" will indicate delivery on a rail car or heavy haul truck from rail, and an entry of "Barge" will indicate that the Purchaser proposes to deliver the cask to a barge or heavy haul truck from barge. Selection of shipping mode is independent of cask type and only indicates the carrier mode. Final selection of the shipping mode will be determined during the FDS process. If a Purchaser intends to upgrade a facility from truck to rail access, "Rail" should be indicated on the DCS. Similarly, if a facility has either rail or barge access but the Purchaser plans to deliver by truck, "Truck" should be indicated on the DCS.

2.3 **PROPOSED DELIVERY YEAR**: Enter the appropriate delivery year for the SNF to be delivered in accordance with your allocation (listed in the 2004 APR/ACR). The actual delivery date within the delivery year will be determined during the FDS process.

2.4 **RANGE OF DISCHARGE DATES (Earliest to Latest)**: Enter the range of discharge dates from which the SNF will be selected for delivery. Purchasers are encouraged to be as specific as possible. For example, the Purchaser may know that there is certain SNF that they prefer not to deliver under this DCS and exclude that SNF from the range of discharge dates. A Purchaser may include other than standard SNF in the range of discharge dates, although confirmation of the technical feasibility of delivery of the other than standard SNF on the agreed to schedule will be required prior to submittal of an FDS.

2.5 **METRIC TONS OF URANIUM (Initial)**: Enter the MTU for this proposed delivery. If several DCSs are submitted for one allocation period, the total quantity of SNF designated for delivery must not exceed the allocation in the 2004 APR/ACR; exceeding the allocation will result in disapproval of the DCS(s).

2.6 **NUMBER OF ASSEMBLIES –BWR/PWR/Other**: Enter the number of SNF assemblies corresponding to the Metric Tons Uranium indicated in Item 2.6 in the appropriate blank for BWR, PWR or Other (e.g., HTGR, TRIGA). If the SNF in the designated range of discharge dates encompasses assemblies with a wide range of MTU/assembly, state the maximum number of assemblies that may be delivered. Since the actual number of assemblies to be delivered may vary according to the specific SNF selected for delivery, adjustments to the number of assemblies will be made during the FDS process.

3.0 **CERTIFICATIONS**: An individual duly authorized to bind the Purchaser must sign the DCS, certifying that the Purchaser has the legal right to deliver such SNF to DOE. Insert the appropriate signatory's title and date.

4.0 **NOTIFICATION OF DOE APPROVAL**: The signatures of DOE's Technical Representative and the Contracting Officer will indicate that the DCS has been approved.

United States General Accounting Office

GAO

Report to Congressional Requesters

September 1991

# NUCLEAR WASTE

## Operation of Monitored Retrievable Storage Facility Is Unlikely by 1998

138

GAO/RCED-91-194

DOE's fiscal year 1992 budget request would increase funding for the MRS program to have the facility operating by 1998. DOE requested $32 million to $34 million over each of the next 3 fiscal years (1992 through 1994) for the MRS program. The fiscal year 1992 budget request is based on identifying an MRS facility site during that year. According to DOE, the 266 percent increase over the approximately $9 million appropriated for the program in fiscal year 1991 is due to accelerating the pace of the program to support the negotiated siting process and a schedule allowing DOE to begin accepting waste in 1998. Fiscal year 1992 activities would include (1) initiating and completing preliminary facility designs, (2) completing an environmental assessment of a site, (3) begin preparing a license application for NRC, including preparing and submitting topical reports, (4) planning an environmental impact statement, (5) beginning demonstrations of an MRS facility prototype, (6) acquiring the site, and (7) preparing permit applications.

## MRS Facility by 1998 Is Doubtful

For a number of reasons, it is unlikely that DOE will meet its objective to have an MRS facility operating by 1998. First, DOE is being optimistic in assuming that the Congress will reverse the position it took in the 1987 amendments by removing or modifying the linkage between the MRS facility's and repository's schedules. Second, past experience by DOE in trying to site nuclear waste facilities indicates it is unlikely that a state or Indian tribe would be willing to host the MRS facility. Third, even if a state or tribe should come forward, the nuclear waste negotiator does not expect to have an agreement in time to meet DOE's objective because of the expected length of time needed for the negotiation and approval process. Finally, the negotiator believes that a state or tribe, out of concern that the waste might remain at the site permanently, would be unlikely to agree to host an MRS facility without some form of assurance or linkage to the repository's schedule.

### Concern Exists That MRS Facility Could Become Permanent Storage Site

A major concern throughout the legislative history of NWPA was the possibility that an MRS facility would become a permanent storage site—a "de facto" repository—by removing the impetus for permanently disposing of nuclear waste in a repository. A prospective host for the facility would likely share this concern because spent fuel, once placed in an MRS facility for storage, could remain in the host's jurisdiction indefinitely if a repository is not completed.

In the 1987 amendments to NWPA, the Congress addressed the need to assure that spent fuel stored at an MRS facility would be removed to a

DOE/RW-0567

# Acceptance Priority Ranking & Annual Capacity Report



**U.S. Department of Energy**

Office of Civilian Radioactive Waste Management

**July 2004**

# ACCEPTANCE PRIORITY RANKING

# &

# ANNUAL CAPACITY REPORT

U.S. DEPARTMENT OF ENERGY
OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT
WASHINGTON, DC 20585

JULY 2004

## CONTENTS

1.0 INTRODUCTION ........................................................................................................1
1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING........................1
1.2 BASIS FOR THE ANNUAL CAPACITY REPORT ................................2
Table 1 – Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel .....2
Table 2 – Summary of Purchasers' Annual Allocations (MTU) ............................3
1.3 SUBMITTAL OF COMMENTS ON THIS REPORT...............................4

REFERENCES ...............................................................................................................5

APPENDIX – A 2004 ACCEPTANCE PRIORITY RANKING ..............................A.1
APPENDIX – B ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL .........................B.1

# ACCEPTANCE PRIORITY RANKING
# &
# ANNUAL CAPACITY REPORT

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982, as amended (the Act)[1], assigns the Federal Government the responsibility for the disposal of spent nuclear fuel and high-level waste. Section 302(a) of the Act authorizes the Secretary to enter into contracts* with the owners and generators** of commercial spent nuclear fuel and/or high-level waste. *The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste*[2] (Standard Contract) established the contractual mechanism for the Department's acceptance and disposal of spent nuclear fuel and high-level waste. It includes the requirements and operational responsibilities of the parties to the Standard Contract in the areas of administrative matters, fees, terms of payment, waste acceptance criteria, and waste acceptance procedures. The Standard Contract provides for the acquisition of title to the spent nuclear fuel and/or high-level waste by the Department, its transportation to Federal facilities, and its subsequent disposal.

The Standard Contract requires the Department to issue an annual Acceptance Priority Ranking (APR) report and an Annual Capacity Report (ACR). The APR establishes the order in which the Department allocates the projected acceptance capacity for commercial spent nuclear fuel. The ACR applies projected nominal acceptance rates for the system to the APR, resulting in individual allocations for the owners and generators expressed in metric tons of uranium (MTU). These capacity allocations form the basis for the Purchasers' submittal of Delivery Commitment Schedules (DCS). As specified in the Standard Contract, the ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers.

### 1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING

As required by the Standard Contract, the APR is based on the date the spent nuclear fuel was permanently discharged, with the oldest spent nuclear fuel, on an industry-wide basis, given the highest priority. The phrase "date the spent nuclear fuel was permanently discharged" means the date the reactor went subcritical for the purpose of permanently discharging the spent nuclear fuel, as reported to the Department by the Purchasers on the Nuclear Fuel Data Survey Form, RW-859. The APR is the basis for allocating projected spent nuclear fuel (SNF) acceptance capacity in the ACR. The 2004 APR listing is based on SNF discharges through December 31, 2002. The APR listing has been included as Appendix A.

---

* Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961).

** Owners and generators of spent nuclear fuel and high-level waste who have entered into contracts with the Department and/or have paid fees for purchase of disposal services are referred to as "Purchasers." In identifying the Purchasers listed in this report, the Department has relied upon written notices received pursuant to Article XII and XIV of the Purchasers' disposal contracts. In the event that any Purchaser believes that the listed designation is inappropriate, the Purchaser should contact the Department.

Future discharges will be added to the priority ranking based on their date of permanent discharge. If SNF currently designated as temporarily discharged is redesignated as permanently discharged (without subsequent irradiation), the date of redesignation will become the ranking date, instead of the date of actual discharge. Reinserted assemblies, previously designated as permanently discharged, will be removed from the priority ranking.

## 1.2 BASIS FOR THE ANNUAL CAPACITY REPORT

The ACR (see Appendix B) applies a 10-year projected nominal waste acceptance rate to the APR, resulting in individual capacity allocations. The projected nominal acceptance rate is based on the assumption of SNF acceptance beginning in 2010 at the Yucca Mountain Geologic Repository. These projected nominal waste acceptance rates are presented in Table 1.

**Table 1. Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel**

| Year | SNF (MTU) |
|---|---|
| 2010 | 400 |
| 2011 | 600 |
| 2012 | 1,200 |
| 2013 | 2,000 |
| 2014 | 3,000 |
| 2015 | 3,000 |
| 2016 | 3,000 |
| 2017 | 3,000 |
| 2018 | 3,000 |
| 2019 | 3,000 |

The Department will further define and specify the system operating and waste acceptance parameters as the Program progresses, and inform the Purchasers accordingly. Until the SNF is accepted by the Department, Section 111 (a)(5) of the Act assigns the waste owners and generators the primary responsibility to provide for, and pay the costs of, interim storage.

The Tables in Appendix B list the Purchasers' annual allocations for each of the first 10 years[***] of projected CRWMS operation. Table 2 presents a summary of all Purchasers' annual allocations based on the nominal waste acceptance rates for the 10-year period covered by this report.

[***] The term "year," when used in reference to capacity allocation in this report, means the calendar year, beginning January 1 and ending December 31.

## TABLE 2. SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)[a]

| PURCHASER | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerotest Operations, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| Alabama Power Company | - | - | - | - | 45.6 | 119.3 | 73.4 | 77.8 | 60.2 | 89.9 | 466.2 |
| Ameren UE | - | - | - | - | - | - | 38.7 | 44.3 | 38.0 | 30.3 | 151.3 |
| AmerGen Energy Company, LLC | 31.1 | 43.0 | 46.8 | 114.4 | 51.7 | 36.4 | - | 67.0 | 88.6 | 107.4 | 586.4 |
| Arizona Public Service Company | - | - | - | - | - | - | - | 66.5 | 69.4 | 66.2 | 202.1 |
| Baltimore Gas & Electric Co. | - | - | - | 82.6 | 107.5 | 89.6 | 93.8 | 62.0 | 64.2 | - | 499.7 |
| BWXT | - | - | 0.1 | 0.1 | - | 0.1 | 0.1 | - | 0.1 | - | 0.1[b] |
| Carolina Power & Light Company | - | 69.7 | 48.0 | 50.5 | 145.8 | 118.3 | 116.0 | 87.3 | 87.4 | 94.8 | 817.8 |
| Cleveland Electric Illuminating Co. | - | - | - | - | - | - | - | - | 22.6 | 76.7 | 99.4 |
| Connecticut Yankee Atomic Power Co. | 65.5 | 22.5 | 41.6 | 21.9 | 42.1 | 42.1 | 44.5 | 21.8 | 21.0 | - | 323.1 |
| Consumers Power Co. | - | 2.5 | 87.4 | 31.1 | 32.9 | 59.9 | 24.8 | 3.1 | 25.9 | 32.0 | 299.6 |
| Dairyland Power Cooperative | 0.8 | 6.0 | 3.0 | 3.9 | 4.9 | 5.7 | 6.1 | 7.8 | - | - | 38.1 |
| Detroit Edison Company | - | - | - | - | - | - | - | - | 19.1 | - | 19.1 |
| Dominion Nuclear Connecticut, Inc. | 5.5 | 40.7 | 52.5 | 41.9 | 113.8 | 93.3 | 103.6 | 123.7 | 103.9 | 71.2 | 750.1 |
| Dow Chemical | - | - | - | - | - | - | - | - | - | - | - |
| Duke Power Company | - | 24.9 | 48.2 | 176.4 | 124.2 | 162.3 | 200.0 | 318.5 | 234.6 | 246.3 | 1,535.5 |
| Energy Northwest | - | - | - | - | - | - | 10.8 | 29.4 | 52.5 | 37.9 | 130.7 |
| Entergy Arkansas, Inc. | - | - | - | 51.5 | 76.6 | 83.3 | 60.6 | 76.8 | 28.2 | 87.6 | 464.6 |
| Entergy Gulf States, Inc. | - | - | - | - | - | - | - | 30.5 | 41.1 | 32.9 | 104.5 |
| Entergy Louisiana, Inc. | - | - | - | - | - | - | - | 38.6 | 31.8 | 70.8 | 141.1 |
| Entergy Nuclear FitzPatrick, LLC | - | - | - | 51.4 | 30.0 | 71.8 | 34.4 | 35.8 | 33.6 | 27.3 | 284.2 |
| Entergy Nuclear Generation Company | - | 3.9 | 25.5 | 82.6 | 17.1 | 83.9 | - | 34.2 | - | - | 247.2 |
| Entergy Nuclear Indian Point 2, LLC | 3.0 | 27.7 | 32.8 | 27.1 | 52.8 | 33.8 | 63.5 | 31.1 | 33.0 | 25.8 | 330.6 |
| Entergy Nuclear Indian Point 3, LLC | - | - | - | 29.3 | 34.7 | 34.7 | 33.0 | 36.1 | 28.4 | 33.8 | 229.9 |
| Entergy Nuclear Vermont Yankee, LLC | - | 72.9 | - | 40.2 | 50.7 | 41.5 | 41.3 | 24.9 | 25.0 | 23.6 | 320.0 |
| Exelon Generation Company, LLC | 21.1 | 60.5 | 251.2 | 466.7 | 488.3 | 451.7 | 419.8 | 375.2 | 523.9 | 433.6 | 3,491.9 |
| Florida Power & Light Co. | - | 20.9 | 59.6 | 78.7 | 169.3 | 112.4 | 141.8 | 117.1 | 86.9 | 122.2 | 908.9 |
| Florida Power Corporation | - | - | - | 0.9 | 46.4 | 58.3 | 30.1 | 41.3 | - | 33.8 | 210.8 |
| FPL Energy Seabrook, LLC | - | - | - | - | - | - | - | - | - | - | - |
| G.E. Uranium Management Corporation | 145.2 | - | - | - | - | - | - | - | - | - | 145.2 |
| General Atomics | 0.1 | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1[b] |
| General Electric Company | 0.3 | - | - | - | - | - | - | - | - | - | 0.3 |
| Georgia Power Company | - | - | - | 5.2 | 91.6 | 105.3 | 103.2 | 116.3 | 103.3 | 117.3 | 642.2 |
| Indiana Michigan Power Co. | - | - | - | 57.8 | 132.6 | 120.2 | 119.3 | 35.7 | 65.7 | 71.5 | 602.9 |
| Interstate Power & Light | - | - | 15.4 | 36.4 | 32.0 | 23.6 | 22.0 | 23.4 | 21.9 | 19.1 | 193.9 |
| Kansas Gas & Electric Company | - | - | - | - | - | - | - | 27.7 | 33.7 | 35.3 | 96.7 |
| Maine Yankee Atomic Power Company | - | 26.4 | 57.9 | 78.0 | 52.5 | 30.0 | 54.8 | 24.5 | 20.8 | 27.4 | 372.3 |
| Nebraska Public Power District | - | - | 23.6 | 13.8 | 80.9 | 41.9 | 21.2 | 37.3 | 32.2 | 30.9 | 281.7 |
| Nine Mile Point Nuclear Power Station, LLC | 9.4 | 49.0 | 38.9 | 30.8 | 68.1 | - | 74.8 | 31.1 | - | 36.3 | 338.4 |
| Northern States Power Co. | - | 26.2 | 99.6 | 65.2 | 111.4 | 143.1 | 58.9 | 92.6 | 52.3 | 38.4 | 687.6 |
| Omaha Public Power District | - | - | 22.3 | 35.4 | 14.8 | 21.9 | 32.3 | 16.4 | 15.2 | 13.1 | 171.4 |
| Pacific Gas & Electric Company | 7.3 | 6.0 | 15.9 | - | - | - | - | 47.5 | 65.3 | 110.2 | 252.1 |
| Pennsylvania Power & Light Co. | - | - | - | - | - | - | 89.6 | 103.5 | 121.2 | 78.9 | 393.2 |
| Pennsylvania Power Company | - | - | - | - | 6.0 | 48.7 | 35.2 | 63.6 | 56.3 | 31.8 | 241.6 |
| Portland General Electric Company | - | - | - | 0.5 | 40.5 | 34.9 | 42.2 | 54.2 | 48.8 | 49.0 | 270.0 |
| PSEG Nuclear LLC | - | - | - | - | 46.9 | 72.6 | 64.6 | 133.0 | 96.0 | 133.8 | 547.0 |
| Rochester Gas and Electric Company | 32.0 | 4.6 | 24.4 | 32.3 | 35.8 | 12.7 | 35.1 | 23.5 | 12.8 | 23.6 | 236.9 |
| Sacramento Municipal Utility District | - | - | - | 35.3 | 49.2 | 32.0 | 30.1 | - | 82.0 | - | 228.6 |
| South Carolina Electric & Gas Company | - | - | - | - | - | - | 50.4 | 27.6 | 28.0 | 31.9 | 137.9 |
| South Texas Project NOC | - | - | - | - | - | - | - | - | 9.8 | 50.4 | 60.2 |
| Southern California Edison Co. | 35.6 | 20.5 | 38.6 | 19.2 | 19.3 | - | 73.9 | 118.7 | 112.7 | 60.5 | 498.9 |
| Systems Energy Resources, Inc. | - | - | - | - | - | - | - | 101.5 | 50.4 | 50.2 | 202.1 |
| Tennessee Valley Authority | - | - | - | 64.2 | 297.8 | 236.0 | 277.0 | - | 33.1 | 60.3 | 968.4 |
| Texas Utilities Generating Company | - | - | - | - | - | - | - | - | - | - | - |
| Toledo Edison Co. | - | - | - | - | - | 65.2 | 30.6 | - | 30.5 | 28.1 | 154.3 |
| U.S. DOE | 22.9 | 6.8 | 7.8 | 7.3 | 89.5 | 88.0 | 0.1 | 0.1 | 15.7 | - | 237.8[b] |
| Virginia Electric and Power Co. | - | 8.2 | 113.3 | 54.7 | 105.5 | 133.0 | 151.3 | 86.0 | 108.6 | 85.9 | 846.4 |
| Wisconsin Electric Power Company | 16.3 | 43.1 | 32.6 | 64.2 | 50.2 | 57.0 | 29.9 | 53.7 | 37.8 | 37.7 | 422.5 |
| Wisconsin Public Service Corporation | - | - | 4.4 | 33.8 | 35.1 | 25.9 | 49.8 | 23.1 | 17.1 | 26.5 | 215.7 |
| Yankee Atomic Electric Company | 9.9 | 10.1 | 9.7 | 18.1 | 8.5 | 9.4 | 17.7 | 8.3 | 9.2 | 8.4 | 109.2 |
| **NOMINAL TOTAL** | **400** | **600** | **1,200** | **2,000** | **3,000** | **3,000** | **3,000** | **3,000** | **3,000** | **3,000** | **22,200** |

a Differences in Purchaser allocations for individual years in Annual Capacity Report may differ from the Acceptance Priority Ranking due to rounding.

b These totals are not the sum of the annual allocations because the actual annual values are much less than .1 MTU.

## 1.3 SUBMITTAL OF COMMENTS ON THIS REPORT

Written comments are requested, especially from the Purchasers, on the content and format of this report. Comments received on previous reports were used to identify issues that needed to be addressed by the Department and the Purchasers in the implementation of the Standard Contract provisions. Comments on this report should be addressed to:

Mr. David K. Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management, RW-20E
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Or by e-mail at:

dave.zabransky@rw.doe.gov

## REFERENCES

[1]"Nuclear Waste Policy Act of 1982," Public Law 97-425 (January 7, 1983) and the "Nuclear Waste Policy Amendments Act of 1987," Title V, Subtitle A, Public Law 100-203 (December 22, 1987).

[2]U.S. Department of Energy, "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste," Code of Federal Regulations, Title 10, Part 961, 2004.