IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2622C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 22 days, to and including October 29, 2004, to file its reply to plaintiff's response to the Government's cross-motion for summary judgment regarding liability in this case, dated September 20, 2004. Defendant's reply brief is currently due to be filed on October 7, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that plaintiff, Entergy Nuclear Indian Point 2, does not oppose this request.

The requested enlargement is necessary because other spent nuclear fuel case commitments make it impossible for counsel to complete the Government's briefing, obtain review of it, and file it with the Court by the current deadline. As the Court is aware, 60 spent nuclear fuel cases are currently pending before the Court of Federal Claims. Counsel for the plaintiff in this case has recently filed motions for summary judgment regarding

liability in six cases in this Court. The briefing in each of these cases has been extensive, and the lengthy brief to which the Government must now reply addresses numerous issues and subissues that we must, in turn, address. The Government's reply briefing in three of those cases (all pending before Judge Williams) is currently due on October 20, 2004. The three cases before Judge Williams involve similar issues, and we had anticipated that, after we had completed preparation of the reply briefing in those three cases, we would be able to use those briefs as the foundation of our reply brief here, which involves the same but additional issues as the cases pending before Judge Williams.

In addition to counsel's work upon the recently filed and continuing briefing in the six cases in which liability motions have recently been filed, counsel has been involved in undertaking discovery efforts in Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.), including cross-country and international travel to take depositions. Further, counsel has devoted a substantial part of the last two weeks replying to responses to the Government's motions to dismiss in Delmarva Power & Light Company v. United States, No. 04-0034 (Fed. Cl.); Canal Electric Company v. United States, 04-0035 (Fed. Cl.); and Atlantic City Electric Company v. United States, No. 04-0036 (Fed. Cl.), which were filed on Friday,

September 24, 2004. In addition, the attorney in the office who is responsible for overseeing the 60 spent nuclear fuel cases in the office and will be involved in the development and drafting of the reply brief here is currently involved in preparing for the Government's extensive post-trial briefing following a seven-and-a-half week trail in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), which is currently due on October 15, 2004. Because of the scope of this work and the need to ensure appropriate review of the Government's arguments in these cases, we need the requested additional time to allow us to complete the briefing on the liability motions in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

September 30, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of September 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.