IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: October 28, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

E-MAIL PRESERVATION ORDER

Pending before the court is the Plaintiff's Motion for Entry of Protective Order and E-mail Preservation Order, filed on August 12, 2004. In light of this motion, the Defendant's Response to Plaintiff's Motion for Entry of Protective Order and E-mail Preservation Order, filed on August 30, 2004, and for good cause shown, the plaintiff's motion is granted in part.

The court hereby establishes the following e-mail preservation order:

(1) Except as described in Paragraph 2 below, the parties have no preservation or retention requirements with respect to e-mail communications and electronic records for this case.

(2) The parties shall preserve any e-mail backup tapes that exist from the 1988-1996 time period that may potentially contain relevant information. The Department of Energy will only preserve such tapes to the extent that they are from, to, or relate to the Office of Civilian Radioactive Waste Management ("OCRWM").

(3) The parties shall evenly share the costs of any searches of any of the backup tapes preserved pursuant to Paragraph 2, which costs should not exceed $15,000 for each tape.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge