IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2622C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of one day, to and including November 19, 2004, to file its reply to plaintiff's response to the Government's cross-motion for summary judgment regarding liability in this case, dated September 20, 2004. Defendant's reply brief is currently due to be filed on November 18, 2004. Defendant has previously requested a 22-day enlargement of time for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that plaintiff, Entergy Nuclear Indian Point 2, does not oppose this request.

The requested enlargement is necessary because the attorney who is responsible for monitoring all of the 60 spent nuclear fuel cases in the office and must review the reply brief that we will file in this case is currently involved in finalizing the Government's extensive post-trial briefing following a seven-and-a-half week trial in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.). Because of the scope of the work that

has been involved in that briefing, those pleadings are now due today, November 18, 2004. Because of the scope of this work, the amount of time that it has unexpectedly taken, and the need to ensure appropriate review of the Government's arguments in this case, we need an additional day to allow us to obtain appropriate review of the briefing on the liability motion in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

November 18, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of November 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner