No. 03-2622C
(Judge Lettow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR INDIAN POINT 2, LLC

Plaintiff,

v.

UNITED STATES,

Defendant.

# DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT ON LIABILITY

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

November 19, 2004

TABLE OF CONTENTS

DISCUSSION . . . . . . . . . . 1

I. ENTERGY CONCEDES THAT IT MAY NOT SEEK DAMAGES PRIOR TO THE ASSIGNMENT OF THE STANDARD CONTRACT AND, THEREFORE, THERE CAN BE NO ENTRY OF LIABILITY PRIOR TO SEPTEMBER 6, 2001 . . . . . . . . . . 1

II. ENTERGY'S ASSERTIONS CONCERNING THE LEGITIMACY OF THE DCS PROCESS ARE MISPLACED . . . . . . . . . . 2

CONCLUSION . . . . . . . . . . 12

# TABLE OF AUTHORITIES

CASES PAGE(S)

Aleutian Constructors v. United States,
24 Cl. Ct. 372 (1991) . . . . . . . . . . 7

Branhill Realty Co. v. Montgomery Ward & Co.,
60 F.2d 922 (2d Cir. 1932), . . . . . . . . . . 9

Florida Power & Light Co. v. United States,
98-483C (Fed. Cl. Oct. 14, 2004) . . . . . . . . . . 4

In the Matter of Community Med. Ctr.,
623 F.2d 864 (3d Cir. 1980) . . . . . . . . . . 9, 10

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) . . . . . . . . . . 5

Koby v. United States,
53 Fed. Cl. 493 (2002) . . . . . . . . . . 9, 10

Liberty Bank v. Talman Home Mortgage Corp.,
877 F.2d 400 (5th Cir. 1989) . . . . . . . . . . 10

Ling-Temco-Vought, Inc. v. United States,
201 Ct. C 475 F.2d 630(1973). . . . . . . . . . 7

National By-Products, Inc. v. United States,
186 Ct. C 405 F.2d 1256 (1969) . . . . . . . . . . 6

Puritan Assocs. v. United States,
215 Ct. Cl. 976 (1977) . . . . . . . . . . 12

Reservation Ranch v. United States,
39 Fed. Cl. 696 (1997), aff'd, 217 F.3d 850 (Fed. Cir. 1999) . . . . . . . . . . 11

White v. Delta Constr. Int'l, Inc.,
285 F.3d 1040 (Fed. Cir. 2002) . . . . . . . . . . 10

TABLE OF AUTHORITIES (cont'd)

DOCKETED CASES

Power Authority of the State of New York v. United States,
00-703 (Fed. Cl.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

STATUTES

10 C.F.R. § 961.11, Art. IV.B.2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PASSIM