IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: November 24, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is Defendant's Unopposed Motion for an Enlargement of Time, filed on November 18, 2004, to file its reply in support of its cross-motion for summary judgment regarding liability in this case. Defendant's reply in this case was due on or before November 18, 2004. The defendant requests one additional day to file its reply.

Good cause having been established, the defendant's motion is **GRANTED**. Defendant's reply shall be filed on or before November 19, 2004.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge