IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: December 15, 2004)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court are plaintiff's Motion for Summary Judgment on Liability, filed on May 28, 2004, and Defendant's Cross-Motion for Summary Judgment on Liability, filed on July 29, 2004. A hearing on these motions will be held on February 9, 2005, commencing at 10 a.m., at the Howard T. Markey National Courts Building, 717 Madison Avenue, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge