(Judge Lettow)
No. 03-2622C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

January 10, 2005

# TABLE OF CONTENTS

PAGE(S)

DISCUSSION . . . . . . . . . . 1

I. ENIP'S MOTION TO SUPPLEMENT IS NOTHING MORE THAT A REHASHING OF ITS PREVIOUS ARGUMENTS WITHOUT ANY EVIDENCE OR SUPPORT . . . . . . . . . . 1

II. WITHOUT ANY ANALYSIS OR EXPLANATION, ENIP CHALLENGES THE DCS PROCESS AS FLAWED AND INCONSISTENT WITH THE PARTIES' OBLIGATIONS UNDER THE STANDARD CONTRACT . . . . . . . . . . 3

III. THE DCS PROCESS OF THE 1990s IS RELEVANT TO AN ANALYSIS OF WHETHER, AND TO WHAT EXTENT, ENIP HAS INCURRED DAMAGES AND IS BASED UPON THE SAME METHODS OF ALLOCATING ACCEPTANCE POSITIONS AND PROCESSING DCSs AS THE NEW DCS PROCESS . . . . . . . . . . 4

IV. ABSENT REFERENCE TO THE APPROVED DCSs THAT ENIP PREVIOUSLY OBTAINED, ENGC HAS FAILED TO ESTABLISH ANY BASIS UPON WHICH THE COURT COULD CONSIDER A LIABILITY RULING . . . . . . . . . . 6

CONCLUSION . . . . . . . . . . 11

# TABLE OF AUTHORITIES

CASES PAGE(S)

Branhill Realty Co. v. Montgomery Ward & Co.,
60 F.2d 922 (2d Cir. 1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

In the Matter of Community Medical Center,
623 F.2d 864 (3d Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Koby v. United States,
53 Fed. Cl. 493 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Liberty Bank v. Talman Home Mortgage Corp.,
877 F.2d 400 (5th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Reservation Ranch v. United States,
39 Fed. Cl. 696 (1997), aff'd, 217 F.3d 850 (Fed. Cir. 1999) . . . . . . . . . . . . . . . . . . . . . 11

White v. Delta Construction International, Inc.,
285 F.3d 1040 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

FEDERAL REGULATIONS

10 C.F.R. § 961.11, Art. II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 11

MISCELLANEOUS

11 A. Corbin, Corbin on Contracts § 1079 (interim ed. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . 8

11 W. Jaeger, Williston on Contracts § 1407 (3d ed. 1968) . . . . . . . . . . . . . . . . . . . . . 8, 9, 10, 11

Restatement of Contracts § 344 cmt. a, at 565 (1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9