

# Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program

ALL-STATE LEGAL®
EXHIBIT
1

555

U. S. DEPARTMENT OF ENERGY
OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT

SEPTEMBER 1995

Table 1-2 MGDS Receipt/Emplacement Rates

| Year | MGDS Receipt/Emplacement Rate (MTU SNF, Canisters of HLW) |
|---|---|
| 2010 | 300 MTU SNF |
| 2011 | 600 MTU SNF |
| 2012 | 1,200 MTU SNF |
| 2013 | 2,000 MTU SNF |
| 2014 | 3,000 MTU SNF |
| 2015 - 2037 | 3,000 MTU SNF + 750 HLW Canisters |
| 2038 | 3,000 MTU SNF + 175 HLW Canisters |
| 2039 | 3,000 MTU SNF + 345 HLW Canisters |
| 2040 | 1,854 MTU SNF + 576 HLW Canisters |

The acquisition costs of MPCs provided to utilities are included. Costs for deliveries of MPCs also are included, commencing in 1998 in accordance with the schedules in the ACR [Reference 4]. Full burnup credit is assumed for transportation and long-term storage for all MPCs. The capital costs for welding equipment and on-site transfer equipment required to support MPC use are included in the estimate. MPC loading expenses and costs of any materials and equipment required for criticality control are incurred by the utilities and are not included in the estimate. Capital costs for on-site storage, and all operations costs for on-site storage and transfer are borne by the utilities. All fuel stored in existing dry storage systems is loaded into MPCs or legal weight truck casks prior to acceptance at utility expense.

For the purpose of TSLCC analysis, all SNF rail shipments from reactors are assumed to be made by dedicated trains. The remaining SNF is bare fuel and is shipped by truck. DOE has not made a policy decision to use dedicated trains. Dedicated train transportation surcharges are more expensive than general freight charges, however security costs, barge, and heavy haul costs increase when general freight transportation is utilized. This assumption is made for cost estimation purposes only, and will be reassessed in the future.

The analysis assumes that five transportation cask designs are required, specifically two for truck transportation (Pressurized Water Reactor (PWR) fuel assembly casks and Boiling Water Reactor (BWR) fuel assembly casks), two for MPC rail transportation (large and small MPC), and one for HLW rail transportation. Acquisition, maintenance, and decommissioning costs of transportation casks are considered in the estimate. Cask contingencies are assumed to be sufficient to procure any specialty casks required to accommodate assemblies that cannot be stowed in one of the five designs.