IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: January 28, 2005)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is the Plaintiff's Motion for Leave to Supplement its Reply in Support of its Motion for Summary Judgment on Liability and Opposition to Defendant's Cross-Motion for Summary Judgment on Liability, filed on December 22, 2004.

For good cause shown, plaintiff's motion for leave is GRANTED. Plaintiff's supplemental brief shall be deemed filed on December 22, 2004, the date plaintiff filed its motion for leave.

In addition, the court also provides that a supplemental brief by defendant shall be deemed filed on January 10, 2005, the date defendant filed its response to the motion for leave.

Finally, the court provides that plaintiff shall be deemed to have filed a supplemental reply brief on January 24, 2005, the date plaintiff filed its reply to the motion for leave to supplement.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge