IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2622C |
| | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant the parties an enlargement of time of eight days, to and including May 17, 2005, within which to file their joint status report "setting forth a plan for completion of discovery and a proposed schedule for further proceedings in this case, addressing the requirements of RCFC Appendix A ¶¶ 5 and 12 (final sentence)," as required by this Court's order dated March 9, 2005. The parties' joint status report is currently due to be filed on May 9, 2005. Neither party has previously requested an enlargement of time for this purpose. Counsel for plaintiff, Alex D. Tomaszczuk, has represented that plaintiff, Entergy Nuclear Indian Point 2, does not oppose this motion.

The parties discussed their joint status report early during the week of May 2, 2005, but counsel for both parties were required to devote their attentions to other matters during the remainder of the week. Counsel for plaintiff had notified us that he hoped to provide us with plaintiff's draft of a proposed schedule later in the week of May 2, 2005, but, because of other responsibilities, was unable to do so until earlier today, Monday, May 9, 2005. As a result, the parties have not had an adequate opportunity to consult and attempt to agree upon a proposed schedule for proceedings in this case. Further, defendant has several pressing responsibilities this

week relating to other spent nuclear fuel cases pending before this Court, including meetings with various nuclear utility plaintiffs and including reply briefing in Boston Edison Co. v. United States, No. 99-447C (Fed. Cl.), and Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Fed. Cl.), upon the Government's motion to consolidate those cases, due on May 12, 2005. This work will preclude defendant from devoting sufficient attention to this case and from discussing these matters with counsel for plaintiff until the end of this week or early next week. To allow defendant time to perform the necessary analysis and discussion to respond to plaintiff's proposed schedule and for the parties to develop a joint status report, we respectfully request that the Court grant the parties an enlargement of eight days within which to file their joint status report.

For the foregoing reasons, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 9, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 9, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.