IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: May 11, 2005)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed on May 9, 2005. The parties' Joint Status Report is presently due on or before May 9, 2005. Defendant seeks an additional eight days in which to file the parties' report.

For good cause shown, defendant's motion to enlarge is GRANTED. The parties shall file their Joint Status Report on or before May 17, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge