**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 17, 2005)

| | |
|---|---|
| **ENTERGY NUCLEAR INDIAN POINT 2, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2622C<br>(Judge Lettow) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Indian Point 2, LLC ("ENIP"), by and through its undersigned counsel, respectfully requests an enlargement of time of six days from May 17, 2005 through May 23, 2005 within which to file its joint status report with Defendant (the "Government") that sets forth "a plan for completion of discovery and a proposed schedule for further proceedings in this case." Per the Court's May 11, 2005 Order, this joint status report is currently due on May 17, 2005. This is the first enlargement sought by Plaintiff ENIP for the submission of the joint status report. On May 9, 2005, the Government requested an eight-day enlargement of time for filing of the joint status report, which motion was granted by the Court. Counsel for ENIP has spoken with counsel for the Government, who has stated the Government does not oppose this motion.

A second enlargement of time is necessary here because counsel for the Government was unable to provide counsel for ENIP with the Government's draft of its proposed schedule until earlier in the afternoon today, May 17, 2005. As a result, counsel for ENIP has not had an opportunity to analyze and consult with ENIP regarding the Government's proposed schedule. Moreover, counsel for ENIP has not had an adequate opportunity to attempt to agree upon a

proposed schedule with counsel for the Government, since the extent to which the parties disagree on a proposed schedule was not known to counsel for ENIP until today.

For the foregoing reasons and for good cause shown, ENIP respectfully requests an enlargement of time of six days from May 17, 2005 through May 23, 2005 within which to file its joint status report with the Government.

Dated: May 17, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)