IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622-C

(Filed: May 19, 2005)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Unopposed Motion for Enlargement of Time, filed on May 17, 2005. The parties' Joint Status Report is presently due on or before May 17, 2005. Plaintiff seeks an additional six days in which to file the parties' report.

For good cause shown, plaintiff's motion to enlarge is GRANTED. The parties shall file their Joint Status Report on or before May 23, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge