IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0033C |
| | ) | (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED COPY OF DEFENDANT'S RENEWED MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)

Defendant, the United States, respectfully requests leave to file a corrected copy of Defendant's "Renewed Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)" ("renewed motion").[1]

On September 23, 2005, the Government filed our renewed motion. On page three of the motion, we reference a portion of the letter that plaintiff, Consolidated Edison Company of New York ("ConEd"), provided to DOE notifying DOE of the assignment of ConEd's interest in the Indian Point nuclear stations to Entergy Nuclear Indian Point 2 ("ENIP"), and identify the letter as "Exhibit 1." However, the Government failed to attach the referenced letter as an attachment to its September 23, 2005 filing.[2] Therefore, the Government respectfully requests leave to file a corrected copy of the Government's renewed motion, including the exhibit referenced above. A complete copy of the Government's renewed motion and the exhibit are attached to this motion.

---

[1] The Government is filing this motion for leave in both the Consolidated Edison and Entergy Nuclear Indian Point 2 v. United States, No. 03-2622C (Fed. Cl.) cases.

[2] The Government did include the exhibit as an attachment to the Government's original motion to consolidate filed on August 5, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585
Washington, D.C. 20585

September 26, 2005

CERTIFICATE OF FILING

I hereby certify that on September 26, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED COPY OF DEFENDANT'S RENEWED MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner