**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 6, 2005)

| | |
|---|---|
| **ENTERGY NUCLEAR INDIAN POINT 2, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2622C<br>(Judge Lettow) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Indian Point 2, LLC ("ENIP"), by and through its undersigned counsel, respectfully requests an enlargement of time of ten (10) days from October 11, 2005 through October 21, 2005 within which to file its response to Defendant's (the "Government") September 23, 2005 Renewed Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b) ("Motion to Consolidate"). This is the first enlargement sought by Plaintiff ENIP for the submission of its response brief. Counsel for ENIP has spoken with counsel for the Government, who has stated the Government does not oppose this motion.

An enlargement of time is necessary here because counsel for plaintiff in Consol. Edison Co. of New York, Inc. v. United States, No. 04-0033C ("ConEd") – the case with which the Government seeks to consolidate the instant case – sought and was granted by the Court on October 4, 2005 an enlargement of time until October 21, 2005 within which to submit a response to the Government's Motion to Consolidate that is substantively identical to the one filed in the instant case. In the interests of coordinating the briefing of the plaintiffs involved in

the Motion to Consolidate, therefore, ENIP submits that the due date for its response brief should be identical to that of plaintiff in ConEd.

For the foregoing reasons and for good cause shown, ENIP respectfully requests an enlargement of time of ten (10) days from October 11, 2005 through October 21, 2005 within which to file its response to the Government's Motion to Consolidate.

Dated: October 6, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)