IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622C

(Filed: October 7, 2005)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Unopposed Motion for Enlargement of Time, filed on October 7, 2005, to file its response to defendant's renewed motion to consolidate this case with case No. 04-33C. Plaintiff's response to defendant's renewed motion to consolidate is currently due on October 11, 2005. Plaintiff requests an extension to October 21, 2005 to file its response. Plaintiff's counsel notes that counsel for defendant does not object to this request.

Good cause having been established, plaintiff's Motion for Enlargement of Time is GRANTED. Plaintiff shall file its response to defendant's renewed motion to consolidate on or before October 21, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge