IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622C

(Filed: November 2, 2005)

| | |
|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the Court is Defendant's Renewed Motion to Consolidate, filed on September 23, 2005. Defendant seeks to consolidate this case with *Consolidated Edison Company of New York, Inc., v. United States*, No. 04-0033C. Defendant's Motion to Consolidate is hereby DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge