IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2622C

(Filed: December 7, 2005)

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the prompt and efficacious administration of justice, pursuant to RCFC 40.1(b), this case shall be transferred to Judge Thomas C. Wheeler.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge