# In the United States Court of Federal Claims

No. 03-2622T

(Filed: January 5, 2006)

---

ENTERGY NUCLEAR INDIAN POINT 2, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 5, 2006, the Court held a joint conference call with counsel for the parties to discuss the status of the case and the proposed schedule for future proceedings. Accordingly:

1. The parties shall file with the Court on or before January 19, 2006 a Joint Proposed Schedule, or separate proposed schedules if the parties cannot agree, for conducting future proceedings concerning, *inter alia*, the determination of damages, and establishing the date of Defendant's breach of contract;

2. The parties shall attend a hearing at the Court on January 26, 2005 at 2:00 PM regarding the proposed schedule and any related matters;

3. In preparing a proposed schedule, the parties shall consider and be prepared to discuss the feasability of employing a pre-trial order on proof of damages, as described by the Court during the January 5, 2006 conference call.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge