# In the United States Court of Federal Claims

No. 03-2622C

(Filed: January 30, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

SCHEDULING ORDER

On January 26, 2006, the Court conducted a scheduling status conference with counsel for the parties, pursuant to the Court's January 5, 2006 Order. The Court has considered the information provided in the parties' January 19, 2006 Joint Status Report, as well as the presentations of counsel in open Court.

The Court is mindful of the Plaintiff's desire to include year 2007 costs in its damages claim, as well as the potential strain on Plaintiff's resources resulting from its other pending spent nuclear fuel ("SNF") cases, and the 2006-2007 trial schedule of Plaintiff's counsel in other SNF cases. While the Court normally would expect cases to move more quickly toward resolution, the unique circumstances of this case cannot be ignored, and some deference should be accorded to the scheduling proposal of the claimant party. Accordingly, discovery shall proceed as follows:

1. In conducting discovery relating to damages, the parties will be expected to follow the Pretrial Order on Damages, appended hereto as Attachment A. On or before **March 7, 2006**, the parties shall jointly submit a proposed schedule to the Court for compliance with the required steps of the Pretrial Order on Damages, along with any proposed modifications to the Pretrial Order on Damages that the parties believe would better fit the circumstances of this case. Upon receipt and consideration of the parties' proposed schedule and any proposed modifications, the Court will issue the Pretrial Order on Damages in this case;

2. The parties' initial disclosures under Rule 26(a)(1) shall be due on or before **June 29, 2007**;

3. Except to the extent that expert information, reports or related expert discovery may be required or authorized for compliance with the Pretrial Order on Damages, Plaintiff's expert reports shall be due on **February 1, 2008**, and Defendant's expert reports shall be due on **July 1, 2008;**

4. All discovery of any kind shall be completed on or before **October 31, 2008**. This date will not be extended absent a showing of exceptional and unforeseen circumstances.

Either of the parties should promptly notify the Court if, due to any changes or developments in other matters, they wish to propose an acceleration to the above schedule.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge

**Attachment A, Entergy Nuclear Indian Point 2,**
**No. 03-2622C, Order Dated January 30, 2006**

## PRETRIAL ORDER ON DAMAGES

For the damages disclosure required by RCFC 26(a)(1)(C), and, subsequently, for exhibits proposed in accordance with Appendix A, paragraph 13(a), the parties shall adhere to the following procedures:

(a) On or before __________, ____, any party with a claim for damages shall provide to the other party any and all items and figures from books of account or other records which are to be introduced into evidence in this matter, and any calculations or estimates derived therefrom. The items and figures shall be set forth on separate schedules or summaries, as further described in paragraph (b) below.

(b) Any schedule or summary provided pursuant to paragraph (a) above shall be accompanied by a statement describing the source(s) for the items or figures listed (*e.g.,* ledgers, journals, payrolls, invoices, checks, time cards, etc.), the location(s) of the source(s), the time during the discovery period when the source(s) may be examined or audited by the opposing party, the name and address of the person(s) who prepared each schedule or summary and who shall be made available to the opposing party during an examination or audit of the source material to provide information and explanations required for verification of the listed items or figures.

(c) On or before __________, ____, a party who receives schedules or summaries pursuant to paragraph (a) shall arrange for a complete examination or audit as desired of the source material, preferably by person(s) available to provide testimony in any ensuing evidentiary proceedings. By the specified date, the receiving party shall provide opposing counsel with a statement admitting or denying the accuracy or admissibility of each schedule or summary (or portion thereof) submitted pursuant to paragraph (a). The statement shall address each item and figure submitted, and shall set forth the results of the examination or audit of the source material. The statement shall include the reason(s) for any denial of accuracy as to specified items or figures, citing generally accepted accounting principles or regulations where applicable, and the reason(s) for any denial of admissibility as to specific items or figures, keyed to the applicable Federal Rule(s) of Evidence. Any item or figure not denied as to

accuracy or admissibility by the date specified above shall be deemed not contested.

(d) Proposed trial exhibits exchanged pursuant to Appendix A, paragraph 13(a), and listed pursuant to Appendix A, paragraph 16, shall include schedules setting forth all items and figures from books of account or other records, and calculations or estimates derived therefrom, which a party proposes be introduced into evidence with appropriate identification of those specific scheduled items, figures, calculations and estimates thereon which, on the basis of pretrial examination or audit and exchanges are contested as to accuracy or admissibility, so that evidentiary proceedings as to items and figures shall thereafter be limited only to those identified as contested.