# In the United States Court of Federal Claims

**03-2622C**

**Filed: February 23, 2006**

**ENTERGY NUCLEAR INDIAN POINT 2 LLC**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)**
**Held in Washington, D.C.**
**February 23, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.