IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2622C |
| | ) | (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

Thomas C. Wheeler
Judge