# In the United States Court of Federal Claims

No. 03-2622C

(Filed: December 21, 2007)

****************************************** *
*
ENTERGY NUCLEAR INDIAN POINT 2, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
****************************************** *

ORDER

On December 20, 2007, the parties filed a joint motion requesting that the Court limit the parties' obligation to produce draft expert reports in connection with this case. For good cause shown, the motion is GRANTED. No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge