**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on February 1, 2008)

| | |
|---|---|
| **ENTERGY NUCLEAR INDIAN POINT 2, LLC**, Plaintiff, | |
| v. | No. 03-2622C (Judge Wheeler) |
| **THE UNITED STATES**, Defendant. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Entergy Nuclear Indian Point 2, LLC ("ENIP") respectfully requests an enlargement of time of seven days from February 1, 2008 through February 8, 2008 to submit its three expert reports and its initial response to the Government detailing its damages in accordance with the Court's pretrial order on damages dated March 8, 2006. This is ENIP's first request for an enlargement of time for this purpose. Counsel for ENIP has discussed this motion for enlargement of time with counsel for the Government, who has represented that the Government does not oppose this motion, but has requested that the Government receive an additional seven days from July 1, 2008 through July 8, 2008 to submit the Government's expert reports.

As grounds for this motion, ENIP states that it has been working diligently with its experts for several months on the preparation of its damages claim and expert reports. ENIP currently expects to serve the Government with three expert reports. One of those reports will address ENIP's damages in considerable detail, accompanied by binders of supporting business records to substantiate each category of claimed damages. At the present time, more than 40 binders of supporting books and records have been compiled by ENIP and its experts as part of

ENIP's effort to comply with this Court's pretrial order on damages dated March 8, 2006. That effort has been complicated by the fact that ENIP has just begun loading casks at its new dry storage facility, an activity which has required the full-time involvement of a number of key engineers and supervisors at the Indian Point Nuclear facility. These same individuals are involved in the preparation of ENIP's claim and are, in many instances, the sources of the business records used to support ENIP's claim. The compilation of documents has taken longer than anticipated and additional time is needed to complete the binders of supporting records and to cross-reference the supporting records in the binders to the figures set forth in the damages claim and expert damages report. To facilitate the Government's review of and understanding of ENIP's claim, ENIP expects to provide the Government with a copy of these binders along with its expert reports. Due to the amount of material being compiled and the concomitant copying associated with providing a full set of the supporting business records to the Government, one additional week is needed to complete this effort. Additionally, some elements of ENIP's claim require additional coordination between counsel and various plant personnel.

Accordingly, for good cause shown, ENIP respectfully requests (1) that the Court extend the date for the submission of its expert reports and its initial compliance with the Court's Pretrial Order on Damages from February 1, 2008 to February 8, 2008, and (2) that the Court extend the date for the submission of the Government's expert reports from July 1, 2008 to July 8, 2008.

Dated: February 1, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld________________

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)