**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on February 8, 2008)

| | |
|---|---|
| **ENTERGY NUCLEAR INDIAN POINT 2, LLC,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 03-2622C (Judge Wheeler) |

**NOTICE OF SERVICE OF EXPERT REPORTS AND INITIAL COMPLIANCE WITH PRETRIAL ORDER ON DAMAGES**

In accordance with this Court's Scheduling Order dated January 30, 2006 and the Court's Pretrial Order on Damages dated March 8, 2006, as amended by this Court's Order dated February 4, 2008, Plaintiff Entergy Nuclear Indian Point 2, LLC ("ENIP") hereby gives notice of the following:

1. On February 8, 2008 ENIP served the Government by hand with a copy of the expert report of The Kenrich Group LLC ("Kenrich expert report") dated February 8, 2008. This report provides a detailed calculation of ENIP's damages incurred in this matter through October 31, 2007. The Kenrich report contains detailed schedules of ENIP's damages, broken down into discrete categories based on a number of different project work orders or other cost categories. Through October 31, 2007, those damages total approximately $116 million in nominal damages and approximately $132 million in actual damages including the financing costs associated with the expenditures incurred by ENIP through October 31, 2007.

2. ENIP and Kenrich expect to supplement the Kenrich report with those costs incurred by ENIP attributable to the Government's breach after October 31, 2007 and through December 31, 2008 in accordance with this Court's scheduling Order dated January 30, 2006. In

this regard, ENIP's fiscal year ends on the calendar year, and ENIP currently intends to recover all damages incurred through December 31, 2008 at the trial of this action, which has not yet been scheduled but will presumably take place sometime during the first half of 2009.[1]

3. The Kenrich report referenced above is accompanied by approximately 60 binders of supporting cost data, consisting of, inter alia, contracts, invoices, proof of payment and other business records secured from ENIP by Kenrich in the course of preparing the Kenrich expert report. These binders are organized in a format that is very familiar to the Government based on other spent nuclear fuel ("SNF") cases in which the Kenrich Group has served as damages experts. The binders identify the source of the items listed, in accordance with subparagraph (b) of the Court's Pretrial Order on Damages. Unless otherwise specified, the sources for the items listed are employees of the Entergy Corporation, most of whom are located either at the Indian Point plant site in Buchanan, New York or at Entergy facilities in New Orleans, Louisiana or Jackson, Mississippi. The precise location of individual employees with knowledge concerning ENIP's claim and the underlying business records which supports ENIP's claim has been identified on Exhibit A to ENIP's Rule 26(a) disclosures dated June 27, 2007, as supplemented this date. Subject to the provisions of RCFC 30, necessary individuals will be made available to the Government for examination or audit at a mutually agreeable time and location.

4. Finally, in addition to the Kenrich expert report and binders referenced above, ENIP has also served on the Government two additional expert reports prepared by Ms. Eileen Supko of Energy Resources International, Inc. The first of those reports is entitled "Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate." This report, a substantially similar version of which has been provided in many other SNF damages cases, opines as to the effects of the overall rate of performance by the Department of Energy ("DOE") under the Standard Contract. The second report, entitled

---

[1] To the extent the current discovery cutoff date of October 31, 2008 established in this Court's Order of January 30, 2006 needs to be revised to allow the 2009 trial to capture ENIP's costs incurred through December 31, 2008, ENIP respectfully reserves the right to seek such an extension.

"Expert Report Regarding Spent Nuclear Fuel Acceptance Rights for Entergy Nuclear Indian Point 2, LLC's Indian Point Units 1 and 2," offers an expert opinion regarding the rates at which DOE would have accepted spent nuclear fuel assemblies from Indian Point Units 1 and 2 had DOE begun acceptance of spent nuclear fuel by January 31, 1998. Although this second expert report is tailored to the particulars of Indian Point Units 1 and 2 and the place of spent fuel from those units in the SNF acceptance "queue," this report in format and approach is also very similar to other reports submitted by Ms. Supko in other spent nuclear fuel damages cases.

5. As noted above, all of these materials have been served on the Government this date. To the extent the Court requires or prefers that some or all of the materials be filed with the Court, ENIP will comply expeditiously.

Dated: February 8, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)