**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2622C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO ADJUST DISCOVERY AND
PRETRIAL DEADLINES AND EXTEND DAMAGES PERIOD

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), plaintiff, Entergy Nuclear Indian Point 2, LLC, and defendant, the United States, respectfully request an adjustment of the deadlines to complete fact and expert discovery and to submit pretrial materials, as set forth in the Court's Scheduling Order of January 30, 2006, and to extend the period through which damages are recoverable in the instant action. The proposed schedule would enable plaintiff to recover costs incurred for an additional ten months, rather than deferring those costs until a "second round" of litigation.

Currently, defendant's expert reports are due on July 1, 2008, and discovery is scheduled to close on October 31, 2008. Because of the nature of the allegations in this case for partial breach of contract, plaintiff's claims are currently limited to those that have been incurred prior to October 31, 2007. On February 8, 2008, plaintiff provided to the Government an assessment of damages through that date, and the Government is currently engaged in the process of reviewing the damages claim, which exceeds $116 million in nominal dollars, and the supporting documentation. The Government has also conducted deposition discovery, in conjunction with proceedings in the related case of Consolidated Edison Company of New York v. United States,

Fed. Cl. 04-33C (Wheeler, J.), concerning spent fuel storage at the Indian Point nuclear facility and the formation of the contract at issue in this case. The Government intends to conduct additional depositions concerning these issues in this case.

As this Court is aware, counsel for both parties have been actively involved in litigating spent nuclear fuel cases before this Court and at the United States Court of Appeals for the Federal Circuit. Current counsel of record for the Government completed a trial in Dominion Resources, Inc. v. United States, Fed. Cl. 04-83C (Bruggink, J.) on May 16, 2008, and the outgoing counsel of record for the Government, Joshua E. Gardner, is currently preparing for trial in Dairyland Power Cooperative v. United States, Fed. Cl. 04-106C (Damich, J.), which is scheduled to commence trial on July 7, 2008.[1] As a result of the need to complete this work, the Government has requested, and plaintiff has expressed its willingness to join, the Government's request to enlarge the time for the Government to complete its expert reports by 97 days, to and including October 6, 2008. Counsel for plaintiff has also indicated that, commensurate with this enlargement, the time to complete discovery (including expert discovery) should be enlarged such that all discovery would be required to be completed by February 16, 2009. In addition, plaintiff has requested that it be permitted the opportunity to extend the period during which damages are claimed in this case by an additional ten months, through and including August 31, 2008 (assuming a trial date is set in this case for the summer of 2009).

The parties are mindful of the Court's previous admonition concerning an enlargement of the discovery period. However, they believe that extending the existing schedule by

[1] Following the completion of the Dairyland trial, Mr. Gardner will begin working in a separate component of the Department of Justice and will not be available to work on this matter.

approximately three months will enable them to incorporate an additional ten months of costs incurred into the existing claim and minimize the number of issues that need to be decided in future actions. In addition, the parties are hopeful that the enlargement will simplify the issues at trial, given the pendency of several SNF-related appeals at the Federal Circuit.[2] Finally, in the interests of efficiency and economy, plaintiff seeks to recover in this action the damages it has incurred or will incur up through August 31, 2008, rather than deferring those costs until a "second round" of litigation.

For the foregoing reasons, the parties respectfully request that the Court (1) extend the time for defendant to complete its expert reports until October 6, 2008; (2) extend the time for the parties to complete all discovery until February 16, 2009; and (3) permit plaintiff to take appropriate steps, including amending its complaint, to extend by ten months the period during which it seeks to collect damages, through August 31, 2008.

---

[2] The parties are awaiting decisions in four cases that have been submitted to the Federal Circuit: Yankee Atomic Electric Co. v. United States, No. 07-5025 (Fed. Cir.); Sacramento Municipal Utility District v. United States, No. 07-5052 (Fed. Cir.); Pacific Gas & Electric Co. v. United States, Nos. 07-5046 (Fed. Cir.); and Nebraska Public Power District v. United States, No. 2007-5083 (Fed. Cir.). These appeals may provide important guidance with respect to issues concerning, among other things, the rate of acceptance, the burden of proof for "mitigation" damages, and the availability of the "unavoidable delays" clause of the contract between the parties.

Dated: June 27, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/Andrew P. Averbach
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Entergy Nuclear Indian Point 2, LLC

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585