# In the United States Court of Federal Claims

No. 03-2622C

(Filed: June 30, 2008)

| | |
|---|---|
| ***************************************** | * |
| | * |
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| ***************************************** | * |

ORDER

On June 27, 2008, the parties filed a joint motion to adjust discovery deadlines and extend the damages period. For good cause shown, the motion is GRANTED and the Court's January 30, 2006 Scheduling Order is amended to include the following deadlines:

1. Defendant shall complete its expert reports on or before October 6, 2008.

2. The parties shall complete all discovery on or before February 16, 2009.

Additionally, Plaintiff may take all appropriate steps, including amending its complaint, to claim damages through August 31, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge