**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENTERGY NUCLEAR INDIAN POINT 2, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2622C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION, OUT OF TIME, FOR AN ENLARGEMENT OF TIME TO PREPARE A RESPONSE TO PLAINTIFFS' SCHEDULE AND SUMMARY OF DAMAGES

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 90 days, until October 6, 2008, to provide a response to plaintiffs' schedule and summary of damages, as provided in paragraph (c) of the Court's pretrial order on damages dated March 8, 2006. Counsel for plaintiff, Entergy Nuclear Indian Point 2, LLC, has represented that plaintiff does not object to this motion.

On June 30, 2008, the Court granted the parties' joint motion to enlarge the time for defendant to prepare expert reports by 90 days, from July 8, 2008, to October 6, 2008, and to extend the discovery deadline to February 16, 2009. Upon receiving the Court's order, undersigned counsel for the Government realized that, despite seeking to enlarge the time for defendant to prepare its expert reports, the joint motion failed to include a request for an enlargement of time to prepare a response to plaintiffs' schedule and summary of damages, which had previously been required to be prepared on or before the same date (October 6, 2008) that defendant's expert reports were due. Because we anticipate incorporating the information and analysis compiled during the preparation of our expert reports in our response to plaintiffs'

schedule and summary of damages, we request that our time to prepare this document be enlarged by 90 days, until October 6, 2008, to correspond to the time afforded the Government to prepare our expert reports.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

July 10, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a copy of "DEFENDANT'S MOTION, OUT OF TIME, FOR AN ENLARGEMENT OF TIME TO PREPARE A RESPONSE TO PLAINTIFFS' SCHEDULE AND SUMMARY OF DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach