# In the United States Court of Federal Claims

No. 04-033C

(Filed: July 29, 2008)

************************************** *
*
CONSOLIDATED EDISON COMPANY *
OF NEW YORK, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************** *

**ORDER**

As agreed by counsel for the parties, the Court will hear oral argument on Defendant's June 2, 2008 motion for joinder on August 22, 2008, at 8:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. This Order shall be filed both in the present case, and in Entergy Nuclear Indian Point 2, LLC v. United States, Fed. Cl. No. 03-2622C. Plaintiff's counsel in Entergy Nuclear Indian Point 2 also are invited to appear.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge