# In the United States Court of Federal Claims

No. 04-33C

(Filed: August 18, 2008)

| | |
|---|---|
| ************************************** | * |
| | * |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**ORDER**

As agreed by the Court and counsel for the parties, the August 22, 2008 oral argument on Defendant's motion for joinder is rescheduled for that date at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge