# In the United States Court of Federal Claims

No. 04-033C

(Filed: August 20, 2008)

************************************* *
*
CONSOLIDATED EDISON COMPANY *
OF NEW YORK, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**ORDER**

On August 19, 2008, Defendant filed a motion for leave to file an attached supplemental brief in support of Defendant's June 2, 2008 motion for joinder. For good cause shown, Defendant's motion is GRANTED. Plaintiff shall provide Defendant with a redacted version of Defendant's August 19, 2008 motion and attachments by 6:00 pm today so that it may be served immediately upon counsel for Entergy Nuclear Indian Point 2, LLC.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge