# In the United States Court of Federal Claims

Nos. 03-2622C and 04-33C

(Filed: September 4, 2008)

************************************* *

CONSOLIDATED EDISON COMPANY OF *
NEW YORK, INC., *

and *

ENTERGY NUCLEAR INDIAN POINT 2, *
LLC, *

Plaintiffs, *

v. *

THE UNITED STATES, *

Defendant. *

************************************* *

SCHEDULING ORDER

On September 4, 2008, the Court held a telephonic conference with counsel for the parties to develop a schedule for a joint trial and to address any related matters. With the agreement of counsel, the Court established that trial shall begin on June 1, 2009 at 9:30 AM in Courtroom 4 of the National Courts Building at 717 Madison Place, NW in Washington, DC. The Court will allot twenty business days, through June 26, 2009, for trial and will issue a Pretrial Order after distributing a draft to the parties for review.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge