**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,<br><br>and<br><br>ENTERGY NUCLEAR INDIAN POINT 2, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 03-2622C<br>No. 04-0033C<br>(Judge Wheeler) |

PLAINTIFF CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO COORDINATE DISCOVERY AND DEVELOP A LITIGATION PLAN FOR THE SPENT NUCLEAR FUEL CASES

On August 21, 2008, the Government filed in this case a "Motion To Coordinate Discovery And Develop A Litigation Plan For The Spent Nuclear Fuel Cases" ("Motion to Coordinate"). The Motion to Coordinate is a "form motion" that has apparently been filed in most every active case asserting a claim under the Standard Contract for the Disposal of Spent Nuclear Fuel and High-Level Radioactive Waste. While the Motion to Coordinate proposes that a three-judge panel be set up to issue a case management order for all cases under the Standard Contract, the 24-page Motion does not contain any allegations that are specific to this case, nor does it demonstrate that such coordination has any benefits given the specific procedural posture of this case.

Given the posture of this case, any coordination with other cases, such as those that have been stayed for lengthy periods, would be plainly detrimental to the interests of justice. The *Con Edison* case is not stayed and instead is on a path to complete discovery and proceed to a June 1, 2009 trial. The parties have been actively engaged in discovery for nearly three years. The

Court has set a trial date and the path to the close of discovery is clear. Including this case in a coordinated discovery plan with numerous other unrelated SNF cases would serve only to substantially impede and delay the completion of discovery and commencement of trial.

Because the parties are completing discovery and will begin trial in June 2009, the interests of the plaintiffs would be harmed by delaying this case while other SNF plaintiffs and the government conduct discovery that is wholly irrelevant here. Thus, Con Edison respectfully requests that the Court deny the Government's Motion to Coordinate Discovery and Develop a Litigation Plan for the Spent Nuclear Fuel cases.

Dated: September 8, 2008

Respectfully submitted,

CONSOLIDATED EDISON COMPANY
OF NEW YORK

By: /s/David A. Churchill
David A. Churchill
JENNER & BLOCK LLP
1099 New York Avenue, Suite 900
Washington, DC 20001
(202) 639-6000 (telephone)
(202) 639-6066 (facsimile)
*Attorney for Plaintiff*

Of Counsel

Richard J. Giglio, Esq.
Assistant General Counsel
Consolidated Edison Company
of New York, Inc.
4 Irving Place, Suite 1830
New York, NY 10003
(212) 460-4333

Julie M. Carpenter, Esq.
Cynthia J. Robertson, Esq.
Thomas H. Kim, Esq.
Jenner & Block, LLP
1099 New York Avenue, Suite 900
Washington, DC 20001
(202) 639-6000

**CERTIFICATE OF FILING**

I hereby certify that on September 8, 2008, a copy of the foregoing "PLAINTIFF CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO COORDINATE DISCOVERY AND DEVELOP A LITIGATION PLAN FOR THE SPENT NUCLEAR FUEL CASES" was filed electronically and that notice of this filing will be sent to all parties by operation fo the Court's electronic filing system.

Dated: September 8, 2008

____/s/Cynthia J. Robertson______

JENNER & BLOCK, LLP
1099 New York Ave., Suite 900
Washington, DC 20001
(202) 639-6000